IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWER KUSKOKWIM SCHOOL<br>DISTRICT and GARY FREDERICK,<br><br>　　　　　Defendants. | Case No: 3:06-CV-109 TMB |

ENTRY OF APPEARANCE

　　Patricia L. Zobel of the law firm of DeLisio Moran Geraghty & Zobel, P.C., enters the firm's appearance on behalf of the Defendant, Lower Kuskokwim School District, and requests that copies of all pleadings in this matter be forwarded to the firm at 943 W. 6th Avenue, Anchorage, Alaska 99501. Patricia L. Zobel affirms that she is an attorney licensed to practice law within the State of Alaska.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____

(907) 279-9574

)103090.doc - Entry of Appearance
*Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 1 of 2

DATED this 1st day of June, 2006, at Anchorage, Alaska.

                              DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                              Attorneys for Defendant,
                              Lower Kuskokwim School District

                                  /s/ Patricia L. Zobel
                        By: _____
                                Patricia L. Zobel
                                Bar No. 7906067
                                E-Mail: pzobel@dmgz.com
                                943 West 6th Avenue
                                Anchorage, Alaska 99501
                                Telephone: (907) 279-9574
                                Facsimile: (907) 276-4231

This is to certify that a true
copy of the foregoing was mailed
this 1st day of June, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

    /s/ Jean K. Adams
By _____
    Jean K. Adams

DELISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

0103090.doc - Entry of Appearance
*Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 2 of 2