IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


GENEVIEVE D. LOPEZ,            )
                              )
                              )
            Plaintiff,        )
                              )
v.                            )    Case No: 3:06-CV-109 TMB
                              )
LOWER KUSKOKWIM SCHOOL        )
DISTRICT and GARY FREDERICK,  )
                              )
            Defendants.       )
_____)


ENTRY OF APPEARANCE

Patricia L. Zobel of the law firm of DeLisio Moran Geraghty & Zobel, P.C., enters the firm's appearance on behalf of the Defendant, Gary Frederick, and requests that copies of all pleadings in this matter be forwarded to the firm at 943 W. 6th Avenue, Anchorage, Alaska 99501. Patricia L. Zobel affirms that she is an attorney licensed to practice law within the State of Alaska.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
_____
(907) 279-9574

0103234.doc - Entry of Appearance
*Lopez v. Lower Kuskokwim School District*, Case No: 3:06-CV-109-TMB; Page 1 of 2

DATED this 7th day of June, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendants,
Lower Kuskokwim School District and
Gary Frederick

          /s/ Patricia L. Zobel
By: _____
          Patricia L. Zobel
          Bar No. 7906067
          E-Mail: pzobel@dmgz.com
          943 West 6th Avenue
          Anchorage, Alaska 99501
          Telephone: (907) 279-9574
          Facsimile: (907) 276-4231

This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 7th day of June, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

     /s/ Jean K. Adams
By _____
     Jean K. Adams

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

0103234.doc - Entry of Appearance
*Lopez v. Lower Kuskokwim School District*, Case No: 3:06-CV-109-TMB; Page 2 of 2