IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ, )<br>)<br>                  )<br>       Plaintiff,  )<br>                  )<br>v.                ) <br>                  )<br>LOWER KUSKOKWIM SCHOOL )<br>DISTRICT and GARY FREDERICK, )<br>                  )<br>       Defendants. )<br>_____) | **ANSWER TO COMPLAINT**<br><br>Case No: 3:06-CV-109 TMB |

COME NOW Defendants, Lower Kuskokwim School District and Gary Frederick, and answer the complaint of plaintiff as follows:

1.   It is denied that the court has jurisdiction in this matter under diversity of citizenship.  It is further denied that the amount in controversy is greater than $75,000.

PARTIES

2.   The defendants are without knowledge as to the citizenship of Ms. Lopez and, therefore, deny the same.

3.   It is admitted that Lower Kuskokwim School District operates schools in and around Bethel, Alaska.

4.   The allegation of paragraph 4 is admitted.

FACTS

5.   The defendant incorporates by reference all answers

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00103223.doc – Answer to Complaint
4 *Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 1 of 5

and defenses above.

6. It is admitted that Ms. Lopez as a teacher rented a residence from the Lower Kuskokwim School District. It is denied that she rented a residence from Gary Frederick.

7. It is admitted that the residence in which Ms. Lopez resided was rented to her by Lower Kuskokwim School District. It is denied that it is owned by Gary Frederick.

8. The allegations contained in paragraph 8 are denied.

9. The allegations contained in paragraph 9 are denied.

10. The allegations contained in paragraph 10 are denied.

11. The allegations contained in paragraph 11 are denied.

12. It is denied that the windows on Ms. Lopez's residence did not have adequate means of being secured. The defendants lack sufficient information to form a reasonable belief as to the accuracy of the allegations contained in paragraph 12 and, therefore, deny same.

13. The allegations contained in paragraph 13 are denied.

14. The allegations contained in paragraph 14 are denied.

### FRIST CAUSES OF ACTION - NEGLIGENCE

15. Defendants incorporate by reference all of their prior defenses as outlined above.

16. The allegations contained in paragraph 16 are admitted.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00103223.doc – Answer to Complaint
4 *Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 2 of 5

17. The allegations contained in paragraph 17 are denied.

18. The allegations contained in paragraph 18 are denied.

## SECOND CAUSE OF ACTION

19. The defendants incorporate by reference all defenses and answers outlined above.

20. The allegations contained in paragraph 20 are denied.

21. The allegations contained in paragraph 21 are denied.

22. The allegations contained in paragraph 22 are denied.

23. The allegations contained in paragraph 23 are denied.

## THIRD CAUSE OF ACTION

24. The defendants incorporate by reference all defenses and answers outlined above.

25. The allegations contained in paragraph 25 are denied.

26. The allegations contained in paragraph 26 are denied.

27. The allegations contained in paragraph 27 are denied.

28. The allegations contained in paragraph 28 are denied.

## AFFIRMATIVE DEFENSES

1. This claim is barred by A.S. 23.30.055, of the Workers' Compensation Act of the State of Alaska as workers' compensation benefits are Ms. Lopez's exclusive remedy against both her employer and co-workers.

2. This court is without diversity jurisdiction.

3. The plaintiff has failed to state a cause of action

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

against defendants for which relief may be granted.

    4. Plaintiff's claims are barred by the applicable statutes of limitations.

    5. Plaintiff is barred from recovering from defendants because independent, intervening, and/or superseding forces and/or actions of third parties, unrelated to any conduct of defendants, caused or contributed to plaintiff's alleged losses and/or damages.

    6. Plaintiff failed to mitigate her damages if any.

    7. Plaintiff's alleged, injuries, damages and/or losses, if any, were proximately caused by the negligence of other unnamed third parties, to whom fault should be allocated.

    8. Plaintiff is comparatively negligent and plaintiff's losses, if any, should be reduced by her comparative negligence.

    9. Plaintiff's claims are barred by the doctrines of laches, waiver and/or estoppel.

    10. Service on Lower Kuskokwim School District was improper and, therefore, the court lacks in persona jurisdiction over it.

    11. Defendant reserves the right to assert such other and further from defenses as may become known or available to it during the course and scope of discovery or trial preparation.

    WHEREFORE, defendants pray for judgment as follows:

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00103223.doc – Answer to Complaint
4 *Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 4 of 5

1. That all claims asserted by plaintiff in her complaint be dismissed in their entirety with prejudice;

2. That defendants be awarded costs and attorney's fees for having to defend the claims asserted by plaintiff; and

3. For such other and further relief as the court deems proper under the circumstances.

DATED this ____ day of June, 2006, at Anchorage, Alaska.

                DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                Attorneys for Defendants,
                Lower Kuskokwim School District and
                Gary Frederick

                    /s/ Patricia L. Zobel
By:  _____
     Patricia L. Zobel
     Bar No. 7906067
     E-Mail: pzobel@dmgz.com
     943 West 6th Avenue
     Anchorage, Alaska 99501
     Telephone: (907) 279-9574
     Facsimile: (907) 276-4231

This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 7th day of June, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

    /s/ Jean K. Adams
By _____
    Jean K. Adams

DELISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

00103223.doc – Answer to Complaint
4 *Lopez v. Lower Kuskokwim School District,* Case No: 3:06-CV-109-TMB; Page 5 of 5