DAVID A. GRAHAM
Alaska Bar No. 9702006
Graham Law Firm
408 Lake Street
Sitka, AK 99835
Telephone (907) 747-7140
Facsimile  (907) 747-7141
E-mail:  david@grahamlawfirm.com
Attorneys for Plaintiff
GENEVIEVE D. LOPEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> LOWER KUSKOKWIM SCHOOL ) <br> DISTRICT, and GARY FREDERICK ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 3:06-cv-00109-TMB <br><br> SCHEDULING & PLANNING <br> CONFERENCE REPORT |

1. **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on June 27, 2006, and

was attended by:

      David A. Graham        attorney for plaintiff Genevieve D. Lopez
      Patricia L. Zobel         attorney for defendant Lower Kuskokwim School District
                                             attorney for defendant Gary Frederick

The parties recommend the following:

2. **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

    will be exchanged by the parties on August 31, 2006

    Preliminary witness lists will be exchanged by the parties on August 31, 2006

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability; damages; asserted exclusivity of workers' compensation

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

        Liability and damages

    B. All discovery commenced in time to be completed by September 1, 2007 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories: no change from F.R.Civ.P. 33(a).

        2. Requests for Admissions: no change from F.R.Civ.P. 36(a).

        3. Depositions: no change from F.R.Civ.P. 36(a), (d).

    D. Reports from retained experts.

        Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    E. Supplementation of disclosures and discovery responses are to be made:

        Periodically at 60-day intervals from the entry of scheduling and planning order.

    F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due: 45 days prior to the close of discovery

5. **Pretrial Motions.**

    No change from D.Ak. LR 16.1(c).

6. **Other Provisions.**

    A.    The parties do not request a conference with the court before the entry of the scheduling order.

    B.    Alternative Dispute Resolution. [D. Ak. LR 16.2]

        The parties will file a request for alternative dispute resolution not later than December 15, 2006

        Mediation

    C.    The parties do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1 is not required By any party

7. **Trial.**

    A.    The matter will be ready for trial: 45 days after the discovery close date.

    B.    This matter is expected to take four (4) days to try.

    C.    No Jury demanded

Dated: June 29, 2006

                              /s/ David A. Graham
                              David A. Graham
                              ABA #9072006
                              Attorney for Plaintiff
                              408 Lake Street
                              Sitka, AK 99835
                              Telephone (907) 747-7140
                              Facsimile (907) 747-7141
                              E-mail: david@grahamlawfirm.com

                              Approved via e-mail on 06/29/2006
                              Patricia L. Zobel
                              ABA #7906067
                              943 West 6th Avenue
                              Anchorage, AK 99501
                              Telephone (907) 279-9574
                              Facsimile (907) 276-4321
                              E-mail: pzobel@dmgz.com