

## STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

| Case No. | 04-35517 |
|---|---|
| Date Investigated | 13 May 2004 |

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| James M. Sartelle, Chief | | Quinhagak Police Dept | | |

12-202 (REV 1/00)

**[INF]ORMATION:**

13 May 2004 at approximately 0445 hours, I received a call at my house from Jenny Lopez stating that she had [ju]st been raped at her house, in the teacher housing area and asked me to go over to her house. I informed her that [I w]ould be right over.

[At] approximately 0452 hours, I arrived to be met at the rear door entrance of her house. Jenny Lopez stated that she [ha]d just been raped in her bedroom. She escorted me to the room and showed me her bed and I started interviewing her [abo]ut the events that had just occurred. Those events and description of the perpetrator were recorded on a tape.

[At] approximately 0505 hours, I contacted TPO Henry Jones Jr., who was the police officer on duty at the time and [r]equested that he bring the camera and the evidence kit to Jenny Lopez's residence. While waiting for the equipment [t]o show up I continued to interview Ms. Lopez.

[A]t approximately 0510 hours, TPO Jones arrived at the Lopez residence. Her residence is the Old BIA Road #8, [Qu]inhagak, Alaska 99655. At that time I took 10 photos, see photo listing. TPO Jones was given a description of the [p]erpetrator, a native male in his mid twenties, full roundish face, wearing a coop Jacket dark in color, with [E]lectrical on the back, a dark colored pair of baggy pant's, wearing a baseball style hat. This individual had a silver in color square belt buckle fairly large. The individual was between the height of five feet three inches tall to five foot six inches tall. Jenny Lopez who is hearing impaired stated that when she felt the individual's face in was smooth except for facial hair around the mouth, upper lip and chin area. Lopez further related that she had felt the left ear also and that it had two distinct bumps on it but had no earrings in his ears. She also stated that she had scratched the perpetrator on both cheeks and sides of his face, as well as, his neck and said that there should be marks that are visable.

**INTERVIEW: Genevieve D. Lopez,**

On 13 May 2004 at 0452 hours, I audio recorded this interview with Ms. Lopez. I asked her if she could tell me what happened. She stated, " You bet, and I was awoken by a flashlight and when you know how you think your dreaming, you like wake up, okay so, I wake up and I said oh my God, and it's true there it was." "So, I'm struggling and I'm trying ah, and I figure I can't get this perpetrator off me, I'm going to talk to him, talk to him, because there's a sign of passion and aggression, I figured like I'd need to see his features." " I was talking and talking, and I pulled the blind and I realized the features and ah Dwayne, and I kept saying Dwayne, Dwayne, and ah, thinking, thinking, who could even think that it was Dwayne." She further went on to tell the perpetrator descriptions and that she told him to put on a condom. This made him hesitate and act like he was putting a condom on which gave her more time to feel his features. She related earlier that she was hearing impaired and had a good sense of feel. She went on that the individual had a smooth face and appeared to be young. See the taped interview for further information. She then showed me where the rape took place and I followed her in an easternly direction down her hall way to the bedroom she sleeps in.

**Observations:**

Prior to walking down the hallway to the bedroom, I looked on the linoleum floor and did not notice any type of footprints at all. The light was sufficient enough to see, but there was no print noticable. She then shown me the bedroom. The light was turned on and the floor was carpeted. I looked at the bed and took a closer look and saw a whitish in color stains in serveral ares on the mattress cover and saw that the window blind had been removed and was inbetween the wall and the bed with curtain attached and on the floor. I looked uder the bed and only saw what appeared to be a small ball. During my time checking the residence the inner door before the front had been dead bolted and the front door which was on the east side of the house was locked and Jenny Lopez re- lated that she remebers them being locked but she thought that she had forgotten to lock the dead bolt to the rear door and stated that was probably how enterance was gain. Continued next page

| REVIEWED AND APPROVED BY | PermID | EXHIBIT 1 | PAGE 1 |
|---|---|---|---|
| | | PAGE 1 OF 2 | |



## STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

Case No. 04-3557
Date Investigated: 13 May 2004

Reporting Officer: James M. Sartelle
PermID: Chief
Investigating Agency: Quinhagak Police Dept.

12-202 (REV 1/00)

---

**servations;**

went outside to look around and to check for possible forcible entry. Both the front and rear door have had an pearance of forcible entry but on the front door the perpetrator would have encountered the dead bolt door inside and would not have been able to enter the house. She further stated that she didn't dead bolt the rear door last night when she went to bed. I further checked the outside for footprints and only found fresh dog tracks. I also checked for any signs of abnormal appearance outside and again met with negative results.

**PHOTOGRAPHS**

Photo #1: Shows the bed of Jenny Lopez from the doorway of the bedroom.
Photo #2: Shows the floor of the bedroom of Jenny Lopez.
Photo #3: Shows the wall and bedside and depicts the blind that was torn down by Jenny Lopez.
Photo #4: Depicts the spots of whitish areas found on the mattress cover of Lopez.
Photo #5: Shows a medium range view of the hallway leading to the bedroom of Lopez facing east south east.
Photo #6: Shows the hallway, facing east toward the main front door and the phone on the floor outside the bedroom of Lopez.
Photo #7: Shows the hallway from the livingroom of Lopez's residence.
Photo #8: Shows the bruise marks on Lopez's right upper arm.
Photo #9: Attempts to show the reddish bruises in Lopez's right wrist.

**Information:**

State Trooper Allan is currently in the village of Quinhagak conducting further investigation. Also I contacted Carolyn Smith who normally has contact with ▮▮▮▮ daily and she related to me that ▮▮▮▮ was to go over to a teacher's house in the teachers housing area last night, because he was invited to go over to one of the teachers house on 12 May 2004 in the late evening maybe around 10pm or 11pm to visist and say good-bye to her before she leaves Quinhagak for summer break. It should further be related that ▮▮▮▮ was caught by myself coming out of the teachers housing area at approximately 2345 hours, on the evening of 11 May 2004 at a rapid walk. When I saw him I told him that he was in violation of the curfew that effects High school students.

EXHIBIT 1
PAGE 2 OF 2

REVIEWED AND APPROVED BY    PermID    Date    PAGE 2