

| | | | | |
|---|---|---|---|---|
| **STATE OF ALASKA** | | Case No. 04-35519 | | |
| **DEPT. OF PUBLIC SAFETY** | | Date Investigated 5/13/2004 | | |
| Reporting Officer: Tavis Allam | PermID: TMA9 | Investigating Agency: AST | Detach: C | UnitID: BETE |

12-202 (REV 1/00)

## INFORMATION:

On 5/13/04 at approximately 0930 hours, I was contacted by Sgt. Barr about a sexual assault that occurred in Quinhagak 5/13/04 at approximately 0445 hours. Genevieve Lopez disclosed that an unknown native male entered her residence teacher's housing in Quinhagak and sexually assaulted her. She was not aware of any alcohol on her suspect and does r know who sexually assaulted her. Chief Jim Sartelle reported that ■■■ and ■■■ are potential suspects.

## INITIAL CONTACT:

On 5/13/04 at approximately 1330 hours, I met with Genevieve Lopez at ERA, in the Bethel airport. I drove her down YKHC I a tape recorded interview.

## INTERVIEW: #1, CVI, Genevieve Lopez
Interviewed on 5/13/04 at approximately 1357 hours, at YKHC, Bethel, by Trp. Allam. (recorded)  Jennifer Meyer SART Nur also present.

### In Essence:
Genevieve Lopez stated to me that she is a special education Teacher at Quinhagak School. Genevieve stated to me that sl has been in Quinhagak since August 1-2, 2003. She said that she was hearing impaired and was fast asleep at her residenc She also stated that she wears glasses and did not have them on while she was sleeping. She said that she felt a vibration a seen a light. She awoke and seen a shadow. She startled him. Her blanket was taken off and she sat up. She attacked I face. Part of her tells her that he was wearing glasses. He attacked her again and she told him stop and let's talk about it. SI kept telling him Duane, Duane a student of hers. He did not have any glasses on when he came back. The person is trying take off his pants, while she is attacking his face. She felt a belt loop and she hoped it was knife. He also was wearing a fan pack with a pencil inside. She was struggling and he tried to pull off her underwear. She kicked the door and he was sweatir He tried stimulated himself to make himself hard. She felt a big square belt buckle. She pulled up her shirt and sucked licked her right breast. At that time she pulled the blind down and that made him angry. He had a smile on his face and tha when she realized that she is saying the wrong name to the wrong guy. She started looking at his hair and he penetrated h He put his penis inside her vagina. She told him to put on a condom. He stimulated himself and there was a pause for qu awhile. She pulled her body toward the wall. He pulled his jacket, electrical, (possibly COOP) black or navy in color. SI started to notice his features. Jim and her spoke and about possible suspects, their are possibly three individuals. She said th his hair is faded short approximately 2 inches. His face is narrowed and full around the cheeks. There were also three layers shirts, one with a hood possibly. She estimates his age at approximately 20's to 30's. She does not know the color of his par because it was to dark. She said that she did not smell any alcohol. He tried to take off twice and panicked. She said that I was not very tall. She said that his hair color was black or darkish brown. She felt stubble on his chin. She also felt two litt bumps on his left ear. Internal bumps inside his ear. Sartelle told her that there was another incident inside another teache house. Jim told her that ■■■ has a history of being a peeping tom. She said that it could not be ■■■ She said th she observed that he was native by the color of his skin. She does not know if he ejaculated or not. Maybe he ejaculat because she is not sure, but remember white stuff on her bed. The penetration lasted for only a couple seconds. She sa that he put his hand in her vagina. She told him "Fuck You" because his tone changed like a threat. He kept his head dow She did not disclose his eye color. She said that she was there but not there. She is more interested in catching this guy.

| REVIEWED AND APPROVED BY | PermID | Date | PAGE |
|---|---|---|---|
| | | | EXHIBIT 2 PAGE 1 OF 2 |



**STATE OF ALASKA**
**DEPT. OF PUBLIC SAFETY**

| Case No. | 04-35519 |
|---|---|
| Date Investigated | 5/13/2004 |

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Tavis Allam | TMA9 | AST | C | BETE |

12-202 (REV 1/00)

### Genevieve Lopez interview cont.

She said that she has not had any consensual sexual relationships since being in the village. The last time that she h consensual sex was in December when she went home. She said that this occurred on 5/13/04 at approximately 0430 hours her residence Quinhagak. She reported the incident at 0445 hours and Jim arrived at the residence at approximately 05 hours. She said that this person has been watching her because her son had just left. She had a feeling that he had been her home before. She called Jim and reported the incident. Last night was the first time that she did not lock her dead bolt.

### INFORMATION:

On 5/13/04 at approximately 1552 hours, I flew to Quinhagak with State Pilot Earl Samuelson in the state aircraft. I met w Chief Sartelle at the Quinhagak Police Department. Chief Sartelle asked VPO Henry Jones Jr. to ask ▮▮▮▮ to come the Police Department for an interview. After VPO Jones turned his back ▮▮▮▮ jumped into his boat and took off dov river. VPO Henry Jones and I went in another boat but were unable to locate him on the river. VPO Jones and I went back the Quinhagak PD.

On 5/13/04 at approximately 1742 hours, I went over to ▮▮▮▮ randfather's, ▮▮▮▮ residence. I tc ▮▮▮▮ that when ▮▮▮▮ omes home I would like to speak with him.

I spoke with Chief Sartelle as we were waiting at the Quinhagak Police Station. Chief Sartelle provided me with case history ▮▮▮▮ He told me that ▮▮▮▮ had been involved in several other incidents involving breaking and entering ir residences. He provided me with ▮▮▮▮ suspected history and cases that were forwarded on ▮▮▮▮ to Bethel Cou (see attached case reports and Sartelle's incidents)

On 5/13/04 at approximately 1900 hours, ▮▮▮▮ came down to the Quinhagak Police Department for an interview. I tc him that the door would remain open and he could leave at any time. I told ▮▮▮▮ that he did not have to talk to me if I did not want too. I also told him that no matter what he told me today that I was not planning on arresting him today.

### INTERVIEW: # 2, I, ▮▮▮▮
Interviewed on 5/13/04 at approximately 1900 hours, at Quinhagak PD, by Trp. Allam. (recorded)

**In Essence:**
▮▮▮▮ stated to me that he stays with his grandfather, ▮▮▮▮ at his residence. He went to ▮▮▮▮ house last night for steam and a movie around 2000 hours. He left around 2330 hours. ▮▮▮▮ said that he did n break into the teachers housing last night. He said that he would not break into the teachers housing because he does not wa to go to jail. After he left ▮▮▮▮ house last night he went home had a snack and went to bed. He said that he h never broken into a house before. He said that he never stolen anything from anyone or been arrested before. He said that I never left the after coming home at 2330 hours. He said that he wanted to talk to a lawyer first. He talked to his pub defender. He said that he did not want to talk his lawyer right now. He said that he has nothing else to say.

I read ▮▮▮▮ his Miranda Rights and he told me that he did not want to talk to me anymore. ▮▮▮▮ agree provide a Sexual Assault examination at the clinic after he used the bathroom. We drove over to the Quinhagak Clinic. ▮▮▮▮ signed a written consent in my notebook agreeing to the Sexual Assault examination.

| REVIEWED AND APPROVED BY | PermID | Date |
|---|---|---|
|  |  |  |

PAGE _____

EXHIBIT 2
PAGE 2 OF 2