DAVID A. GRAHAM
Alaska Bar No. 9702006
Graham Law Firm
408 Lake Street
Sitka, AK 99835
Telephone (907) 747-7140
Facsimile  (907) 747-7141

Attorneys for Plaintiff
GENEVIEVE D. LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GENEVIEVE D. LOPEZ, )
)
Plaintiff, ) Case No. 3:06-cv-00109-TMB
)
LOWER KUSKOKWIM SCHOOL )
DISTRICT, and GARY FREDERICK )
)
Defendants. )
)
)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Genevieve D. Lopez, through her undersigned counsel of record, Graham Law Firm, respectfully requests this Court extend the deadline for filing her response to Defendant's Motion for Summary Judgment until September 18, 2006. As grounds for this motion, Plaintiff states:

1. Plaintiff's response to the Motion for Summary Judgment requires the preparation of Affidavits.

2. Due to previous commitments, conflicts in counsel's schedule, and the location of witnesses, these affidavits cannot be obtained in the time normally allowed for the response.

3. Pursuant to F.R.C.P. 56 (f), the court may order a continuance to permit such affidavits to be obtained.

2. Counsel for Defendant does not oppose the granting of this motion.

Wherefore Plaintiff respectfully requests this Court extend the time in which to file her response to Defendant's Motion for Summary Judgment up to and including September 18, 2006.

> Respectfully Submitted
> GRAHAM LAW FIRM
>
> /s/ David Graham
>
> ---
>
> DAVID GRAHAM
> Attorney for Plaintiff
> Alaska Bar No.: 9702006

## CERTIFICATE OF SERVICE

I hereby certify that I did mail a correct copy of the foregoing Motion for Extension of Time to file Plaintiff's Response to Defendant's Motion for Summary Judgment, on September 6, 2006, via Electronic filing to:

Patricia L. Zobel, Esq.
DeLisio Moran Geraghty & Zobel
943 W. Sixth Avenue
Anchorage, AK 99501

> /s/ David Graham
>
> ---
>
> David Graham

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ,<br><br>Plaintiff,<br><br>LOWER KUSKOKWIM SCHOOL DISTRICT, and GARY FREDERICK<br><br>Defendants. | Case No. 3:06-cv-00109-TMB |

### ORDER
### ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court having reviewed Plaintiff's unopposed motion for extension of the deadline for filing her response to Defendant's Motion for Summary Judgment, and the Court being advised, hereby

ORDERS that Plaintiff shall have until September 18, 2006 to file her Response to Defendant's Motion for Summary Judgment.

Done this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess