IN THE UNITED STATES DISTIRCT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GENEVIEVE D. LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-CV-109 |
| TMS | ) | |
| | ) | |
| LOWER KUSKOKWIM | ) | |
| SCHOOL DISTRICT, and | ) | |
| GARY FREDERICK, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT

STATE OF NEW MEXICO )
                                  ) ss
COUNTY OF Rio Arriba )

DANIEL A. LOPEZ, being duly sworn, hereby states the following:

1. I am the son of Genevieve D. Lopez. I reside at 708 Mountain View Street, Espanola, NM 87532. My date of birth is July 21, 1986.

2. During the winter of 2004, I was living with my mother at her residence in Quinhagak, Alaska. At that time I was seventeen

1

years of age; I was almost 6 feet tall and weighed about 150 pounds.

3. During the time I was living in Quinhagak, there was more than one occasion when I forgot my keys and I could not get in the residence through the doorways. On those occasions I was able to enter the residence through a window that was located in the kitchen, just above the kitchen sink. That window did not have any device to lock it, and I was able to easily open it and to enter the residence through it without much difficulty.

4. I left Quinhagak in mid April 2004 to return to New Mexico, and I was not at the residence when my mother was assaulted.

FURTHER AFFIANT SAYETH NAUGHT

_____
DANIEL A. LOPEZ

Subscribed and sworn to before me this 18th day of September 2006.

_____
Notary Public