IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Genevieve D. Lopez,    )
    )
    Plaintiff,    )
v.    )
    )    Case No. 3:06-CV-109 TMB
LOWER KUSKOKWIM SCHOOL    )
DISTRICT and    )
GARY FREDERICK,    )
    )
    Defendants.    )
    )
_____)

### STIPULATION FOR DISMISSAL OF DEFENDANT GARY FREDERICK

Pursuant to Fed. R. Civ. P. 41, Defendants, by and through their undersigned counsel, and Plaintiff, by and through her undersigned counsel,

NOW HEREBY agree and stipulate as follows:

1.  At all time material hereto, Defendant Gary Frederick was an employee of the Defendant Lower Kuskokwin School District.

2.  Contrary to the allegation in the Complaint, Defendant Gary Frederick did not own the rental property where Plaintiff was allegedly assaulted; rather, Defendant Lower Kuskokwim School District owned the property rented to the Plaintiff.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

_____

(907) 279-9574

3.      That the Complaint may be amended to properly

allege these facts stated herein.

4.      That Defendant Gary Frederick is not a proper

party in the above-captioned matter.

5.      That the parties agree that Defendant Gary

Frederick should be dismissed as a party Defendant

in this cause.

DATED this 25th day of September, 2006 at Anchorage, Alaska.

    DeLISIO MORAN GERAGHTY & ZOBEL
    Attorneys for Defendants,
    Lower Kuskokwim School District
    and Gary Frederick

       /s/ Patricia L. Zobel
By: _____
    Patricia L. Zobel
    Bar No. 7906067
    e-mail: pzobel@dmgz.com
    943 W. Sixth Avenue
    Anchorage, AK  99501
    Telephone: (907)279-9574
    Facsimile: (907)276-4231

DATED this 25th day of September, 2006 at Anchorage, Alaska.

    GRAHAM LAW OFFICE
    Attorneys for Plaintiff,
    Genevieve D. Lopez

       /s/ David A. Graham
By: _____
    David A. Graham
    Bar No. 9702006
    e-mail: david@grahamlawfirm.com
    408 Lake Street
    Sitka, AK  99835
    Telephone: (907)747-7140
    Facsimile: (907)747-7141

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

_____

(907) 279-9574

00105646.doc -- Stipulation for Dismissal of Defendant Gary Frederick
Lopez v. Lower Kuskokwim School District, Case No. 3:06-CV-109 TMB, Page 2 of 2