IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Genevieve D. Lopez,

Plaintiff,

v.

LOWER KUSKOKWIM SCHOOL DISTRICT and GARY FREDERICK,

Defendants.

Case No. 3:06-CV-109 TMB

**AFFIDAVIT OF DAVID BAUER**

STATE OF ALASKA )
) ss.
FOURTH JUDICIAL DISTRICT )

DAVID BAUER, upon oath, deposes and states as follows:

1. I am the principal at Lower Kuskokwim School District ("LKSD") and one of the individuals responsible for housing within the Quinhagak school site. I held this same position during the school year 2003 to 2004, during which Ms. Lopez was employed by LKSD.

2. Ms. Lopez was rented Unit No. KN08 during the school year 2003 to 2004.

3. I examined the window in Unit No. KN08 specified by Ms. Lopez in her son's affidavit as not having an operable lock.

DELISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

4. My examination showed that there is a lock on that window and that it is the original lock. It is functional, and it does lock that window.

5. Ms. Lopez never reported to me that the locks on any window did not work or that there was no lock on that window or any other window. I was never asked to replace the lock on that window or any other window.

6. At the end of each school year, the tenants are required to fill out a form noting any deficiencies in the residence. The residents for the school year 2002-2003 noted a broken window (which was repaired), but did not complain of inadequate or missing locks on any windows or doors.

7. To my knowledge, during the time that I have been principal, which consists of the last four years, there have been no reports of that window not having a lock, nor has that lock been changed.

8. Within the residence, there were functional locks on both the front door and the back door at the time of the incident in question, May 13, 2004. Ms. Lopez never reported to me prior to May 13, 2004 that these locks were not adequate or that they were not functional.

DELISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

FURTHER AFFIANT SAYETH NAUGHT.

DAVID BAUER

SUBSCRIBED AND SWORN to before me this 20th day of September, 2006.




Notary Public in and for Alaska
My Commission Expires: N/A

This is to certify that a true copy of the foregoing was served via electronic service on U.S. mail this ____ day of September, 2006, to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK 99835

/s/ Jean K. Adams
By:____________________
Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Lower Kuskokwim School District
District Operated Teacher Housing
Inspection / Inventory Disclosure Statement EXHIBIT "A"

All inspection disclosures made in this statement are required to be made in good faith. The Lessee is to disclose defects or other conditions in the residential property of which the Lessor has been notified or has personal knowledge as of the date of this disclosure statement as signed. This disclosure does not require the purchase of professional services to inspect the residential property.

☐ check-in ☒ check-out

DATE: 4/03

SCHOOL SITE: Quinhagak

UNIT NUMBER: KN 08 ← Same unit that Geneviève Lopez occupied the following year.

OCCUPANT NAME/S: Eric Pederson
Sherry Marousek

[signature]

A. To the best of your (LESSEE'S) knowledge, are there any defects or malfunctions in any of the following ☒ YES ☐ NO if YES, check the appropriate box (es) below.

| | | | |
|---|---|---|---|
| ☐ Interior Walls | ☒ Electrical System | ☐ Oil Stove | ☐ Faucets |
| ☐ Exterior Walls | ☐ Ceilings | ☐ Chimneys | ☐ Hand Rails |
| ☒ Doors | ☐ Roof (s) | ☐ Floors | ☐ Water Supply |
| ☐ Walkways | ☒ Foundation | ☒ Windows | ☐ Sewage System |
| ☐ Steps | ☐ Boardwalk | ☐ Heating System | ☐ Water Distiller |
| ☐ Porch | ☐ Outside Lighting | ☐ Water Drains | ☒ Window Screens |
| ☐ Fuel Storage Tank | ☐ Propane Tank | ☐ Exhaust Fans | ☐ Insulation |

☒ Other Dwelling Components (Describe) icicles hang from below bathroom floor. I think there is a leak and possible rotting of the Bathroom Floor.

**If any of the above is checked explain, attach additional sheets if necessary**

washroom door bottom hinge, Bathroom light, sloping foundation

windows broken & some no screens, some don't open

B. To the best of your (LESSEE'S) knowledge, the residential propery has the following interior items checked below:

2

Lower Kuskokwim School District
District Operated Teacher Housing
Inspection / Inventory Disclosure Statement

EXHIBIT "A"

- [x] Range/Oven [x] elect. [ ] gas
- [x] Freezer
- [x] Refrigerator
- [x] Fire Extinguisher
- [x] Clothes Dryer [x] elect [ ] gas
- [x] Couch
- [x] Dinette Set
- [x] Full Bed Set
- [x] Night Stand
- [x] Queen Bed Set
- [x] Six Drawer Dresser
- [x] Kitchen Counter Tops
- [x] Bathroom Counter Top

WW

- [x] Washer
- [x] Coffee Table
- [ ] End Table
- [x] End Table
- [x] Rocker Chair
- [ ] Sofa Hide A Bed
- [x] Smoke Alarms
- [ ] Twin Bed Set
- [x] Night Stand
- [ ] Dresser with Mirror
- [ ] Seven Drawer Dresser
- [x] Kitchen Cabinets
- [x] Bathroom Cabinets

- [ ] Easy Chair
- [ ] Table Lamp
- [x] Table Lamp
- [ ] Floor Lamp
- [ ] Recliner Chair
- [ ] Love Seat
- [ ] Bunk Bed Set
- [ ] Night Stand
- [ ] Night Stand
- [ ] Five Drawer Dresser
- [ ] Lamp s/Bedroom
- [x] Kitchen Sink
- [x] Bathroom Sink/Tub-Shower

[ ] Other Interior Items (Specify) ______________________________

To the best of your (Lessee's) knowledge are there any defects or malfunctions in any of the above:
[ ] YES [x] NO If YES then describe: Attach additional sheets if necessary:

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

C. To the best of your (LESSEE'S) knowledge, are you aware of any of the following conditions with respect to this residential property:

| | YES | NO |
|---|---|---|
| 1. Substances or products that may be an environmental problem such as contaminated soil or water on the leased property. | [x] | [ ] |

grey water flows onto ground

3

Lower Kuskokwim School District
District Operated Teacher Housing
Inspection / Inventory Disclosure Statement

EXHIBIT "A"

2. Features of the property shared in common with adjoining renters. Such as arctic entry, walls, storage, and laundry facilities, whose use or resposibility for normal use and care may affect this residential unit. ☐ ☑
3. Room additions, structural modifications, or other alterations or repairs made without authority or required approvals ☐ ☑
4. Damage caused by other than natural causes. ☐ ☑
5. Recurring noise or other nuisance factor that has disturbed you as an occupant of this residential unit ☐ ☑
6. Overall condition of this unit is dirty and not habitable ☐ ☑
7. Garbage and /or pet waste prominent in or on the unit premises ☐ ☑
8. Appliances are soiled and not cleaned ☐ ☑

**If the answer to any of the above is YES. Explain: attach additional sheets if necessary:**

______________________________

______________________________

______________________________

______________________________

D. I/WE (LESSEE'S) certify that I/WE have completed this disclosure statement according to the instructions, and the statements are made in good faith and are true and correct to the best of MY/OUR knowledge as of the date signed:

LESSEE'S SIGN: Jerry Marousek [signature] DATE 4/30/03

SIGN: [signature] DATE 4/30/03

LKEA REPRESENTATIVE SIGN: ______________ DATE ______

SITE ADMINISTRATOR SIGN: [signature] DATE 5/8/03