IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez,    )<br>                             )<br>       Plaintiff,    )<br>v.                             )<br>                             )   Case No. 3:06-CV-109 TMB<br>LOWER KUSKOKWIM SCHOOL )<br>DISTRICT and           )<br>GARY FREDERICK,       )<br>                             )<br>       Defendants.   )<br>                             )<br>_____) | |

**MOTION FOR ACCEPTANCE OF LATE FILED EXHIBIT AND PERMISSION TO FILE UNSIGNED AFFIDAVIT**

Lower Kuskokwim School District, by and through its undersigned attorneys, DeLisio, Moran, Geraghty and Zobel, P.C., moves this court for acceptance of its late filed exhibit and permission to file an unsigned affidavit.

Due to the short time allowed to reply to an opposition of a motion, it is often difficult to get exhibits and certifying affidavits from remote areas of Alaska. The exhibit in question is a photo taken of the window in Unit KN08, the residence which Ms. Lopez occupied during the 2003-2004 school year and where the alleged attack occurred. This window is the subject of Ms. Lopez's opposition to Defendants motion and thus, the exhibit is highly relevant to the case at hand.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
\_\_\_\_
(907) 279-9574

00105735.doc -- Motion for Acceptance of Late Filed Exhibit and Permission
to File Unsigned Affidavit
Lopez v. Lower Kuskokwim School District, Case No. 3:06-CV-109 TMB, Page 1 of 2

David Bauer, who took the picture in question, resides in Quinhagak and a signed copy of his affidavit could not be obtained within the time frame allowed for the Reply. Mr. Bauer has reviewed the affidavit in its entirety, fully authorized its preparation and approved the final draft. The signed affidavit will be filed upon receipt.

DATED this 28th day of September, 2006, at Anchorage, Alaska.

```
                              DeLISIO MORAN GERAGHTY & ZOBEL
                              Attorneys for Defendants,
                              Lower Kuskokwim School District
                              and Gary Frederick

                                  /s/ Patrick L. Zobel
                              By: _____
                                  Patricia L. Zobel
                                  Bar No. 7906067
                                  e-mail:  pzobel@dmgz.com
                                  943 W. Sixth Avenue
                                  Anchorage, AK  99501
                                  Telephone:  (907)279-9574
                                  Facsimile:  (907)276-4231
```

This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 28th day of September, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

      /s/ Jean K. Adams
By:_____
    Jean K. Adams

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

00105735.doc -- Motion for Acceptance of Late Filed Exhibit and Permission
              to File Unsigned Affidavit
 Lopez v. Lower Kuskokwim School District, Case No. 3:06-CV-109 TMB, Page 2 of 2