IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez,              )<br>                                  )<br>         Plaintiff,      )<br>v.                                )<br>                                  )<br>LOWER KUSKOKWIM SCHOOL    )<br>DISTRICT and              )<br>GARY FREDERICK,           )<br>                                  )<br>         Defendants.     )<br>                                  )<br>_____) | Case No. 3:06-CV-109 TMB |

**[PROPOSED] ORDER**

THIS MATTER, having come before the Court on Defendant, Lower Kuskokwim School District's Motion for Acceptance of Late-filed Exhibit and Permission to File Unsigned Affidavit, and the Court having considered Defendant's request,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

DATED: _____

_____
The Honorable Timothy M. Burgess
United States District Court Judge

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

This is to certify that a true
copy of the foregoing was served
via electronic service or U.S.
mail this 28th day of September, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

    /s/ Jean K. Adams
By:_____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574