IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GENEVIEVE D. LOPEZ,                 )
                                    )
          Plaintiff,                )
                                    )
v.                                  )
                                    )        Case No. 3:06-CV-109 TMB
LOWER KUSKOKWIM SCHOOL              )
DISTRICT and                        )
GARY FREDERICK,                     )
                                    )
          Defendants.               )
                                    )
_____)


**SECOND AFFIDAVIT OF DAVID BAUER**

STATE OF ALASKA             )
                            ) ss.
FOURTH JUDICIAL DISTRICT    )

     DAVID BAUER, being first duly sworn upon oath, deposes and

states as follows:

     1. I am the principal at Lower Kuskokwim School District

("LKSD") and one of the individuals responsible for housing

within the Quinhagak school site.    I held this same position

during the school year 2003 to 2004, during which Ms. Lopez was

employed by LKSD.

     2. I went to Unit No. KN08, the residence occupied by Ms.

Lopez during the school year of 2003-2004.

     3. I took the attached picture of the window over the sink

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

in Unit No. KN08, which is the subject of Ms. Lopez's opposition. (*See,* Exhibit A).

    FURTHER AFFIANT SAYETH NAUGHT.

                _____
                DAVID BAUER

    SUBSCRIBED AND SWORN to before me this ___ day of September, 2006.

                _____
                Notary Public in and for Alaska
                My Commission Expires: _____

This is to certify that a true
copy of the foregoing was served
via electronic service on U.S.
mail this 28th day of September, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

    /s/ Jean K. Adams
By:_____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

____

(907) 279-9574



EXHIBIT 4
PAGE 1 OF 1