IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 3:06-CV-109 TMB |
| LOWER KUSKOKWIM SCHOOL ) | |
| DISTRICT and ) | |
| GARY FREDERICK, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**NOTICE OF SUBSTITION AND FILING OF SIGNED AFFIDAVIT**

COMES NOW Defendant, Lower Kuskokwim School District, by counsel, DeLisio Moran Geraghty & Zobel, P.C., and hereby submits the attached signed Affidavit of David Bauer to substitute for the unsigned affidavit lodged at Docket No. 20.

DATED this 4th day of October, 2006, at Anchorage, Alaska.

          DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
          Attorneys for Defendants,
          Lower Kuskokwim School District
          and Gary Frederick

                /s/ Patricia L. Zobel
By: _____
          Patricia L. Zobel
          Bar No. 7906067
          E-Mail: pzobel@dmgz.com
          Danielle M. Ryman
          Bar No. 9911071
          E-Mail: dryman@dmgz.com
          943 West 6th Avenue
          Anchorage, Alaska 99501
          Telephone: (907) 279-9574
          Facsimile: (907) 276-4231

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

This is to certify that a true
copy of the foregoing was served
via electronic service on U.S.
mail this 4th day of October, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

    /s/ Jean K. Adams
By:_____
    Jean K. Adams

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574