IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GENEVIEVE D. LOPEZ, )<br>)<br>　　　　Plaintiff,　　)<br>v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>LOWER KUSKOKWIM SCHOOL　)<br>DISTRICT and　　　　　　　)<br>GARY FREDERICK,　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　)<br>　　　　　　　　　　　　　　)<br>_____) | Case No. 3:06-CV-109 TMB |

### SECOND AFFIDAVIT OF DAVID BAUER

STATE OF ALASKA　　　　　　　)
　　　　　　　　　　　　　　　) ss.
FOURTH JUDICIAL DISTRICT　　)

　　DAVID BAUER, being first duly sworn upon oath, deposes and states as follows:

　　1. I am the principal at Lower Kuskokwim School District ("LKSD") and one of the individuals responsible for housing within the Quinhagak school site. I held this same position during the school year 2003 to 2004, during which Ms. Lopez was employed by LKSD.

　　2. I went to Unit No. KN08, the residence occupied by Ms. Lopez during the school year of 2003-2004.

　　3. I took the attached picture of the window over the sink

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

in Unit No. KN08, which is the subject of Ms. Lopez's opposition. (*See,* Exhibit A).

FURTHER AFFIANT SAYETH NAUGHT.

_____
DAVID BAUER

SUBSCRIBED AND SWORN to before me this 27th day of September, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: N/A

This is to certify that a true
copy of the foregoing was served
via electronic service on U.S.
mail this 4th day of ~~September~~ October, 2006,
to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK 99835

By: _____
Jean K. Adams

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574