IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez, )<br>)<br>    Plaintiff, )<br>v. )<br>) Case No. 3:06-CV-109 TMB<br>LOWER KUSKOKWIM SCHOOL )<br>DISTRICT, )<br>)<br>    Defendants. )<br>_____ ) | |

**JOINT MOTION FOR AMENDMENT TO SCHEDULING AND PLANNING ORDER**

      COME NOW the parties, Ms. Lopez and Lower Kuskokwim School District, by and through their respective counsel and move this court for an extension of the deadlines contained in the scheduling and planning order as follows:

      1. The close of discovery will be moved to November 30, 2007 and other deadlines such as naming of expert witnesses and filing of final witness lists will be moved accordingly, based upon the timing set out in the original pre-trial order.

      2. This change in discovery deadline is requested for good cause and is based upon the trial schedule and other press of business currently being experienced by counsel for both parties. This request is mutual and is not for the purpose

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

of delay. It is the first request for any extension under the Scheduling and Planning Order filed by either party.

3. The parties have been discussing the setting of depositions for several months. Due to the fact that the Plaintiff now resides in New Mexico and the location of the injury was in a remote site in Alaska, scheduling of depositions has been problematic. Further, procuring of medical records pertaining to psychiatric counseling for Ms. Lopez has delayed the ability to schedule her deposition.

For these reasons the parties request that the Court grant this amendment to the Scheduling and Planning Order, setting discovery to close November 30, 2007.

DATED this 17th day of July, 2007 at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendants, Lower Kuskokwim School District

By: /s/ Patricia L. Zobel
Patricia L. Zobel
Bar No. 7906067
E-mail: pzobel@dmgz.com
943 W. Sixth Avenue
Anchorage, AK  99501
Telephone: (907)279-9574
Facsimile: (907)276-4231

DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033
(907) 279-9574

Joint Motion for Amendment to Scheduling and Planning Order
*Lopez v. LKSD*
Case No. 3:06-CV-109 TMB
7152.008 113135
Page 2 of 3

This is to certify that a true copy of the foregoing motion and accompanying proposed order were served via electronic mail this 17th day of July, 2007 to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

By: /s/ Cory L. Hitchcock
    _____
        Cory L. Hitchcock

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

Joint Motion for Amendment to Scheduling and Planning Order
*Lopez v. LKSD*
Case No. 3:06-CV-109 TMB
7152.008 113135