IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez,<br><br>      Plaintiff,<br>v.<br><br>LOWER KUSKOKWIM SCHOOL DISTRICT,<br><br>      Defendants. | Case No. 3:06-CV-109 TMB |

**ORDER GRANTING AMENDMENT TO SCHEDULING AND PLANNING ORDER**

THIS MATTER having come before the Court on the parties' joint motion to amend the Scheduling and Planning Order and the Court finding good cause for such amendment present,

IT IS HEREBY ORDERED that close of discovery will now occur November 30, 2007. All deadlines under the prior pre-trial order will be adjusted accordingly.

DATED: _____

                                        THE HONORABLE TIMOTHY M. BURGESS
                                        UNITED STATES DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
———
(907) 279-9574

Order Granting Amendment to Scheduling and Planning Order
*Lopez v. LKSD*
Case No. 3:06-CV-109 TMB
7152.008 113136

Page 1 of 1