IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>LOWER KUSKOKWIM SCHOOL )<br>DISTRICT, )<br>)<br>       Defendants. )<br>_____ ) | Case No. 3:06-CV-109 TMB |

### STIPULATION AND ORDER REGARDING EXPERT WITNESS DISCLOSURE

COMES NOW the parties, by and through counsel, and stipulate to the disclosure of expert witness names and resumes by August 31, 2007.

It is further stipulated that reports of expert witnesses will be disclosed not later than October 31, 2007.

The parties will cooperate in the setting of expert depositions during the month of November, prior to the close of discovery on November 30, 2007.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendants, Lower Kuskokwim School District

Date: August 23, 2007    By: /s/ Patricia L. Zobel
_____
Patricia L. Zobel
Bar No.: 7906067
E-mail: pzobel@dmgz.com
943 W. Sixth Avenue
Anchorage, AK 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

Stipulation and Order Regarding Expert Witness Disclosure
*Lopez v. LKSD,* Case No. 3:06-CV-109 TMB
7152.008 114451
Page 1 of 2

```
                              GRAHAM LAW OFFICE
                              Attorneys for Plaintiff, Genevieve D.
                              Lopez

                              /s/ David A. Graham
Date: August 23, 2007    By: _____
                              David A. Graham, Esq.
                              Bar No.: 9702006
                              E-mail: david@grahamlawfirm.com
                              408 Lake Street
                              Sitka, AK 99834
                              Telephone: (907) 747-7140
                              Facsimile: (907) 747-7141


                              ORDER

        IT IS SO ORDERED.



DATED: _____         _____
                              THE HONORABLE TIMOTHY M. BURGESS
                              UNITED STATES DISTRICT JUDGE
```

This is to certify that a true copy of the foregoing was served via electronic service this 23rd day of August, 2007 to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

```
        /s/ Cory L. Hitchcock
By: _____
        Cory L. Hitchcock
```

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Stipulation and Order Regarding Expert Witness Disclosure
*Lopez v. LKSD,* Case No. 3:06-CV-109 TMB
7152.008 114451