IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GENEVIEVE D. LOPEZ,           )
                              )
          Plaintiff,          )
v.                            )
                              )     Case No. 3:06-CV-109 TMB
LOWER KUSKOKWIM SCHOOL        )
DISTRICT,                     )
                              )
          Defendant.          )
_____)

**AFFIDAVIT OF GARY BALDWIN**

STATE OF ALASKA          )
                         ) ss.
FOURTH JUDICIAL DISTRICT )

Gary Baldwin, upon oath, deposes and states as follows:

1.  I am of the age of majority, competent to make this affidavit, and have personal knowledge of all facts set forth herein.

2.  I am the Assistant Superintendent for Personnel and Student Services for the Lower Kuskokwim School District. I also held that title during the 2003-04 school year.

3.  The Quinhagak School is part of Lower Kuskokwim School District (LKSD).

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

*Lopez v. LKSD – Affidavit of*
Case No. 3:06-CV-109 TMB
Doc. No. 114651

4.    Quinhagak is a small bush village located on the Kanektok River with a population of about 555 people.

5.    Under the Negotiated Agreement between the Lower Kuskokwim School District and Lower Kuskokwim Education Association, teachers are required to lease housing provided by the LKSD in Quinhagak. See page 44 of attached contract. As a condition of employment, Ms. Lopez was required to live in housing owned and provided by LKSD.

6.    Under this agreement, LKSD had the responsibility to provide maintenance of the housing.  See page 45 of Agreement.

7. LKSD entered into a lease agreement with Ms. Lopez wherein she rented one of the residential housing units in Quinhagak during the term of her teaching contract for the 2003-2004 school year.

FURTHER AFFIANT SAYETH NAUGHT

Gary Baldwin

SUBSCRIBED AND SWORN to before me this 5th day of September, 2007.

Notary Public in and for Alaska
My Commission Expires: 3/26/09

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

*Lopez v. LKSD – Affidavit of*
Case No. 3:06-CV-109 TMB
Doc. No. 114651

This is to certify that a true
copy of the foregoing was served
via electronic service this 7th
day of September, 2007 to the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835


       /s/ Cory L. Hitchcock
By: _____
       Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
_____

(907) 279-9574

*Lopez v. LKSD – Affidavit of*
Case No. 3:06-CV-109 TMB
Doc. No. 114651