# NEGOTIATED AGREEMENT

# BETWEEN THE

# LOWER KUSKOKWIM SCHOOL DISTRICT

# AND

# LOWER KUSKOKWIM EDUCATION ASSOCIATION

## July 1, 2002 through June 30, 2005

EXHIBIT 1
Page 1 of 56

# TABLE OF CONTENTS

<u>Page</u>

**PREAMBLE** — 1

**ARTICLE I - DEFINITIONS** — 2

**ARTICLE II - MANAGEMENT RIGHTS** — 3

**ARTICLE III - NEGOTIATIONS** — 4

    A.    Inauguration of Negotiations — 4

    B.    Negotiation Ground Rules — 4

    C.    Impasse Resolution — 5

**ARTICLE IV - GENERAL CONDITIONS** — 6

    A.    Conformity to Law — 6

    B.    Code of Ethics — 6

    C.    Distribution — 6

    D.    Statutes and Regulations — 6

    E.    Duration — 6

**ARTICLE V - ASSOCIATION RIGHTS** — 7

    A.    Association Recognition — 7

    B.    Inter-School Mail — 7

    C.    District Facilities and Equipment — 7

    D.    Association Leave — 7

    E.    Teacher Rights — 8

    F.    Membership Dues — 9

    G.    Association Report Regarding 05 plan — 10

**ARTICLE VI - TRANSFERS AND ASSIGNMENT** — 11

EXHIBIT 1
Page 2 of 56

| | | |
|---|---|---|
| A. | Voluntary Transfers | 11 |
| B. | Involuntary Transfers | 11 |
| C. | Issuance of Individual Teacher Contracts | 13 |
| D. | Transfer of Districts | 14 |

**ARTICLE VII - TEACHER EVALUATION** — 15

**ARTICLE VIII - PERSONNEL FILES** — 16

**ARTICLE IX - TEACHER RIGHTS** — 17

| | | |
|---|---|---|
| A. | Academic Freedom | 17 |
| B. | Protection from Assault and Vandalism | 17 |
| C. | Personal Freedom | 17 |
| D. | Student Discipline | 17 |
| E. | Teacher Protection | 18 |
| F. | Telephone Provided | 18 |

**ARTICLE X - EMPLOYMENT PRACTICES** — 19

| | | |
|---|---|---|
| A. | Notice of Non-Retention | 19 |
| B. | Discipline | 19 |
| C. | Suspension, Dismissal, Non-Retention | 19 |

**ARTICLE XI - REDUCTION IN FORCE** — 23

**ARTICLE XII - LEAVES** — 25

| | | |
|---|---|---|
| A. | Compensated Leaves | 25 |
| B. | Non-Compensated Leaves | 27 |

**ARTICLE XIII - SICK LEAVE BANK** — 29

| | | |
|---|---|---|
| A. | Establishment | 29 |
| B. | Use | 29 |

**ARTICLE XIV - WORK DAY - WORK YEAR** — 30

EXHIBIT 1
Page 3 of 56

A.   Work Day                                                              30

B.   Work Year                                                             30

C.   Preparation Time                                                      30

D.   Acting Site Administrator                                             30

## ARTICLE XV - SALARY                                                     31

A.   Salary Schedule                                                       31

B.   Column Placement                                                      32

C.   Step Placement                                                        33

D.   Documentation and Adjustment of Errors                                34

E.   Salary Payments                                                       35

## ARTICLE XVI - EXTRA DUTY PAY                                            36

## ARTICLE XVII - BENEFITS                                                 38

A.   Insurance                                                             38

B.   Travel                                                                39

C.   Shower and Laundry Facilities                                         39

D.   Relocation Expenses                                                   39

## ARTICLE XVIII - HOUSING                                                 40

A.   Intent                                                                40

B.   Standards                                                             40

C.   Procedure for Assessing Needs                                         40

D.   Assignment of Units                                                   41

E.   Housing Review Board                                                  42

F.   Rents                                                                 43

G.   Conditions of Employment                                             44

H.   Rents/Payment                                                         45

## ARTICLE XIX - GRIEVANCE PROCEDURE                                       47

iv

EXHIBIT 1
Page 4 of 56

**A.**   **Definitions**                                          47

**B.**   **Purpose**                                             47

**C.**   **General Conditions**                                  47

**D.**   **Procedure**                                           48

**ARTICLE XX - DISCRETIONARY INSTRUCTIONAL FUND**     **51**

v

EXHIBIT 1
Page 5 of 56

# PREAMBLE

This agreement is made and entered into, by and between the Board and the Association, and shall become effective July 1, 2002.

Whereas the parties have reach certain understandings which they desire to confirm in the Agreement,

It is hereby agreed as follows:

EXHIBIT 1
Page 6 of 56

# ARTICLE I - DEFINITIONS

A.    Board:  The school board of the Lower Kuskokwim School District.

B.    District:  The Lower Kuskokwim School District.

C.    Association:  The Lower Kuskokwim Education Association

D.    Superintendent:  The Superintendent of the Lower Kuskokwim School District or his/her designee.

E.    Teacher:    All certificated staff members employed by the District except the Superintendent, Assistant Superintendent, LKAA members, Director of Personnel and Student Services, Administrative Assistant, Coordinator of Bilingual/Curriculum, Coordinator of Special Education, Coordinator of T.A.I., and any other certificated positions which may be established which supervise and/or evaluate LKEA bargaining unit members.

F.    Day:  Calendar day except as otherwise specified in this Agreement.

G.    Agreement:  This document and all provisions herein.

EXHIBIT 1
Page 7 of 56

# ARTICLE II - MANAGEMENT RIGHTS

All of the functions, rights, powers, and authority of the Board not specifically abridged, delegated, or modified by this Agreement are recognized by the Association as being retained by the Board including the right to make final decisions on policies.

EXHIBIT 1
Page 8 of 56

# ARTICLE III - NEGOTIATIONS

**A.**    *Inauguration of Negotiations*

1.    Either the Board or the Association may inaugurate negotiations by giving written notice to the other on or before January 31 of the school year during which the agreement expires.  Said notice shall be deemed to have been given when given in writing and delivered by certified mail or hand delivered from the Superintendent to the Association President or from the Association President to the Superintendent.

2.    Within ten (10) days of said request, the requesting party shall supply the other party with a complete proposal on all items which the requesting party wishes to negotiate.

3.    Not later than ten (10) days following receipt of said proposals, the Board and the Association shall mutually agree to a time, date, and place for negotiations to begin.  The initial negotiations session will be held within twenty (20) days of receipt of the initial proposal.  At said initial negotiations session, the recipient of the negotiations request shall submit a complete counter proposal to the other party at the onset.

4.    Any agreements reached shall be reduced in writing, and if ratified by the Board and the Association, shall be signed by the designated officers of the Board and the Association.

**B.**    *Negotiation Ground Rules*

1.    Negotiation teams shall be limited to five members.  Consultants may be used by either party.

2.    The time and place of all negotiation sessions must be mutually agreed to by both parties.

3.    Each negotiation's team upon request shall, as soon as is practicable, make available to the other team specific items of public information in their possession pertinent to the negotiations process.  The cost of duplicating requested material shall be borne by the requesting party at the rate of twenty-five cents ($0.25) per sheet.

4.    In the course of each session, any tentatively agreed to items shall be described, dated, and initialed by the spokesperson from each team.

5.    The District will allow a maximum of twenty-five (25) person work days leave with pay for the combined Association negotiating team. This total leave with pay is for members of the negotiating team to attend table negotiations contingent upon the condition that if no agreement is reached during the school year the Association commits itself to be available for negotiations during the summer.

6.    Any agreement reached through the aforementioned procedure shall be reduced to writing, and if ratified by the Board and the Association, shall be signed by the properly designed officers of the Board and of the Association. Both parties shall ratify or reject the agreement within ninety (90) days of the conclusion of negotiations.

7.    In the event that negotiations occur during the term of this agreement that alter a portion or portions of the Agreement to be effective prior to its expiration date, such amendments shall become a part of the Agreement.

8.    The District and the Association shall, upon request, provide each with copies of any transcripts or written minutes, formal or informal, of the negotiating sessions which may be used by either party to augment testimony as to the intent or meaning of the provision of this Negotiated Agreement. This does not require either party to present the other party with notes prepared for internal use in the development of the party's strategy. Acceptance of possession of such minutes and/or transcripts does not obligate either party to accept their accuracy.

## C.    *Impasse Resolution*

1.    Impasse resolution shall occur as provided in Alaska Statutes.

2.    The expenses and fees of any mediator or advisory arbitrator shall be borne equally by the parties, unless borne by the State or agency conducting such service. The advisory arbitrator may be chosen by mutual agreement of the parties. If no mutually agreeable arbitrator is chosen, the procedures of the American Arbitration Association shall be used.

# ARTICLE IV - GENERAL CONDITIONS

**A.    *Conformity to Law***

If any article or part of this Agreement is held to be contrary to law by a court of competent jurisdiction, or if compliance with or enforcement of any article or part should be enjoined by such a court, the remainder of this Agreement shall not be affected thereby and the parties shall meet within twenty (20) days of any such order of the court to determine if modifications to said article or part of this Agreement can be made which will maintain the original intent of said article or part without being contrary to the court's determination.  If the parties mutually agree that such modifications are possible, they shall enter into negotiations for that purpose alone.

**B.    *Code of Ethics***

The Board shall furnish each teacher with a copy of the PTPC Code of Ethics if such copies are provided to the District for distribution.

**C.    *Distribution***

The Board shall distribute copies of this Agreement to all teachers employed by the District.  In addition, the Board shall provide the Association with twenty (20) extra copies each year.

**D.    *Statutes and Regulations***

The Board will make available for reference in all school libraries or reading centers of the District copies of the Complied School Laws of Alaska and the Regulations of the Alaska Department of Education.

**E.    *Duration***

This Agreement, which expressly supersedes the provisions of any previous negotiated agreement, is the sole and complete agreement between the parties.  Except as set forth in this Agreement, all provisions of the Agreement shall become effective upon ratification by both parties retroactive to July 1, 2002, and shall remain in effect until June 30, 2005.

EXHIBIT 1
Page 11 of 56

# ARTICLE V - ASSOCIATION RIGHTS

**A.    Association Recognition**

1.    The Board recognizes the Lower Kuskokwim Education Association as the exclusive bargaining agent for the certified teachers.

2.    Challenges of the Association's rights, obligations, and status as the exclusive bargaining agent shall be made in accordance with the Public Employment Relations Act.

**B.    Inter-School Mail**

1.    The Association shall have the use of the interschool mail system, including the faculty mailboxes, for communicating with teachers.  The Association further agrees that all Association-originated communications shall be distributed by an Association representative, and that any postage required for Association communications be provided by the Association.

**C.    District Facilities and Equipment**

1.    The Association shall be permitted reasonable use of District facilities when not otherwise needed for school use.  The Association shall be permitted to use school buildings for its meetings for no fee. No such meeting shall be held which requires teachers to leave their duty stations prior to the end of the normal working day.  The local school administrator shall be notified twenty-four (24) hours in advance of the time and place of all such meetings.

2.    The Association shall be permitted reasonable use of school typewriters, computers and computer equipment, facsimile machines, mimeographing machines, and other duplication equipment when such equipment is not otherwise in use by the District, provided however that the use of computers or computer equipment in administrative offices shall only be allowed with the approval of the Administrator.  The Association shall pay for the reasonable cost of all materials and supplies incident to its use of such equipment, including facsimile phone charges.

3.    The Association shall be permitted to post notices and other materials on designated bulletin boards in school facilities.

**D.    Association Leave**

EXHIBIT 1
Page 12 of 56

1.    The Board shall grant one day of Association leave for each day or portion thereof in which the Board meets in work or regular session providing that an Association member attends such meetings and that the teacher attending would otherwise be on duty.  Under the same conditions, the Board shall grant one day of Association leave for each day or portion thereof in which the Board meets in special session, if after considering the purpose of the special session, the Association determines it reasonable to have an Association member attend and the Association requests Association leave for that purpose from the Superintendent, and the Superintendent determines it reasonable to have an Association member attend the special meeting in light of the specified purpose of that special meeting.

2.    The Board shall grant each school year twenty-five (25) additional days of leave with pay for teachers to participate in Association business.  Requests for such leave shall be made in writing to the Superintendent, and shall include the name(s) of the teachers to be on Association leave and the specific dates involved.

3.    In the event that a teacher traveling within the LKSD to attend a Board meeting or a grievance hearing as outlined above is prevented from returning to his/her duty station by bad weather conditions, that teacher shall be granted administrative leave if the teacher reports for duty to the Superintendent or his/her designee.

       The same rule shall apply if a teacher attending a Board meeting as the Association's selected representative remains in a community in which the Board meeting is being held during a recess of such meeting for up to twenty-four (24) hours.  However, such rule shall not apply if the teacher in question works in a school located in the community in question.

4.    The Superintendent may grant leave without pay for teachers to participate in Association activities other than the above.

5.    A teacher who will be on Association leave will notify his/her immediate supervisor not less than three days in advance of such leave.  This requirement will be waived by the administrative supervisor in cases of special Board meetings or other extenuating circumstances which do not allow for such prior notification.

6.    Association leave may not be utilized during the Yup'ik Cultural Training in-services, unless such in-services are scheduled during the NEA-Alaska's delegate assembly, president's conference, or issues conference.


## E.    Teacher Rights

EXHIBIT 1
Page 13 of 56

The Board shall not discriminate against any teacher on the basis of membership or activities in the Association.

## F.    *Membership Dues*

1.    The Board shall deduct annual Association dues in equal monthly installments from the pay of any and all teachers who have authorized such a deduction ending with the May paycheck. A signed Association membership form which authorizes said deduction shall be utilized for this purpose.  The Association membership form shall include a statement that said deductions shall continue from year to year without further authorization unless revoked consistent with the terms of paragraph below.

2.    Upon submission of said Association membership form, payroll deductions shall commence with the next payroll.  The Association dues shall be deducted in equal monthly installments as determined by the number of months commencing from the next monthly payroll after the submission date to May.  These deductions as revised annually pursuant to paragraph 3 below shall continue from year to year without further authorization from the teacher, except that teachers may revoke their authorization as of September 1 of any calendar year by giving written notice to that effect by September 30 of that year.  If for any reason, excepting death, or leave of absence due to illness, employment is terminated, amounts still owing under the authorization shall be deducted from the teacher's final pay.

3.    The Association president shall inform the Superintendent, in writing, by September 1, of each year of any changes in annual united teaching profession dues.

4.    The amount deducted each month shall be promptly remitted to the Association.

5.    Save-Harmless.  The Association shall indemnify and save the District harmless against any and all claims, demands, suits, orders, judgments and other forms of liability against the District which arise out of the District's compliance with this provision.  The District shall notify and tender the defense to the Association within fifteen (15) days of receiving any complaint regarding the enforcement of this provision.  If the District fails to notify the Association within fifteen (15) days, the Association's obligation under this provision shall be void.

EXHIBIT 1
Page 14 of 56