is contractually obligated to provide professional services to another private or public educational program.

(f) Notwithstanding any provision of AS 23.40, the terms of a collective bargaining agreement entered into between a school district and a bargaining organization representing teachers on or after the effective date of this section may not be in conflict with the provisions of this section.

(g) A teacher on layoff status is not entitled to be reemployed under AS 14.20.145 and does not accrue leave. However, layoff status does not constitute a break in service for retaining tenure rights and accrued sick leave.

(h) In this section, "school district" or "district" means a city or borough school district or a regional educational attendance area. (§ 10 ch 31 SLA 1996).

# ARTICLE XII - LEAVES

Except as specified below, a teacher shall request leave from his/her immediate supervisor not less than seven (7) days in advance. The request shall be in writing, setting forth the type of leave requested. The supervisor shall respond in writing within three (3) days of receipt of the request. One (1) day prior to the time of the leave date, the teacher shall provide adequate lesson plans for use by a substitute teacher.

Each teacher shall be furnished a current individual leave audit report in September.

### A.   *Compensated Leaves*

1.  Sabbatical Leave

    Sabbatical leaves, as established in A.S. 14.20.180-.350, may be requested.

    a.  The Board shall continue to pay the District's portion of the teacher's retirement contribution to the Alaska Teacher's Retirement System for the duration of the teacher's sabbatical and will provide the teachers with all insurances.

    b.  The Board shall pay whatever stipend has been mutually agreed to through the sabbatical application process, except that the stipend shall be not less than Ten Thousand Dollars ($10,000).

2.  Sick Leave

    Sick leave shall be utilized only for illness of the teacher, for illness in the teacher's immediate family residing in the household, or for illness of other regular household members. It shall not be utilized for routine dental and physical examinations, except for one (1) day of sick leave may be utilized for purposes of acquiring a physical examination required for employment. Yearly accumulation of sick leave shall be available as of the first contract day of the school year, any teacher who does not complete his/her contract will have any excess payment made for used sick leave beyond that accrued deducted from his/her final pay. Except in the case of an emergency, a teacher shall report impending sick leave to the immediate supervisor not less than thirty (30) minutes prior to the time the teacher is scheduled to report to work. Sick Leave shall not be utilized attached to school vacation periods for elective procedures or treatments that could have taken place during the vacation period.

3.  Emergency Leave

The Board agrees to grant for a maximum of seven (7) days leave chargeable to sick leave for death or serious illness in the immediate family. An additional two (2) days for leave travel purposes shall be granted to village teachers. For purposes of this item, one's immediate family includes a teacher's spouse, child, parent, grandparent, brother, sister, parent-in-law, and any other members as required by the Alaska Family Leave Act.

4. Court Leave

   a. If a teacher is obliged to be absent from duty "under an order of any court or competent jurisdiction, either as a witness or juror, or similar circumstances," the teacher shall be granted leave with pay as provided in 4 AAC 09.020(b). The teacher shall remit to the District any stipend/fee received for such service.

   b. If a teacher is required to appear in court as a defendant as a result of an on-the-job occurrence, the Board agrees to provide the teacher administrative leave for the court appearance(s). In the event that the teacher is found guilty, the leave will be charged to leave without pay and appropriate salary deduction will be made.

5. Maternity Leave

A teacher shall be granted maternity leave upon request for a period not to exceed a total of twelve (12) weeks immediately before and/or immediately following delivery. This leave shall be charged first to sick leave and then to leave without pay.

6. Paternity Leave

A teacher shall be granted upon request three (3) days leave to be with his partner near the time of delivery. Such leave shall be charged first to sick leave and then to leave without pay.

7. Military Training Leave

A teacher who is a member of a reserve component of the US Armed Forces or National Guard shall be granted leave with pay on all days during which he/she is ordered to training duty. Such leave shall not exceed sixteen and one-third (16-1/3) working days in one work year. Any salary or stipend earned by the teacher from the US Armed Forces or National Guard during said leave of absence shall be paid by the teacher to the District.

8. Personal Leave

Personal leave shall accrue at the rate of one (1) day for each two consecutive quarters that the teacher is employed with the District during the school year, cumulative to a maximum of six (6) days. The teacher must be on paid status for a minimum of seventy (70) days during those two consecutive quarters. The teacher's anticipated yearly accumulation of personal leave days shall be available as of the teacher's first contract day of the school year, provided that any teacher who does not complete his/her contract will have any excess payment for used personal leave beyond what has been accrued, deducted from his/her final pay. Provided further that no more than three (3) consecutive days of personal leave shall be utilized at one time.

Personal leave may not be utilized on the first or last working day of the school year or tandem to a holiday or vacation except in the case of travel delays caused by factors beyond the control of the teacher. Additionally, personal leave may not be utilized during the Yup'ik Cultural Training in-services unless extenuating circumstances or a compelling need mandates the use of such personal leave.

Written notification shall normally be presented to the supervisor no less than twenty-four (24) hours in advance of the impending leave. One-hour prior verbal application shall be acceptable in the event of extenuating circumstances.

A teacher may elect to cash out his/her earned personal leave at the teacher's current per day salary rate.

9. Administrative Leave

Administrative leave with pay for reasons not specified above including attendance of a teacher at professional conferences, may be granted by the Superintendent.

B. *Non-Compensated Leaves*

1. General Provision

A teacher on unpaid leave shall be allowed to purchase life and health insurance through the District's insurance carriers, by paying to the District the health insurance cost per C.O.B.R.A., and the life insurance premium charged to the District by the carrier.

2. Short Term

The Superintendent may grant leave without pay to a teacher for emergency, personal, or family business which requires the teacher's absence. Short term leave shall not exceed ten (10) days in one work year except in extenuating circumstances. The seven (7) day prior notification requirement shall be waived if such prior notice is not possible.

3. Long Term

    a. The Board may grant a teacher a leave of absence during the work year, without pay, for personal, medical, or educational reasons.

    b. A teacher may be granted a leave of absence without pay for the ensuing year for medical, personal, or educational reasons. Written application shall be filed with the immediate supervisor no later than March 1st. The Board shall take action on the request at its regular March meeting and shall notify the teacher in writing of its decision within ten (10) days. Upon expiration of the leave of absence, the teacher shall be guaranteed an assignment with the District. Unless he/she chooses otherwise, the tenured teacher shall be reassigned to the position which he/she left at the commencement of educational leave, if that position still exists and if it becomes vacant between March 15th and the beginning of the next school year. Involuntary assignment to a community other than the one from which the teacher commenced the leave shall be under the conditions of an involuntary transfer.

    c. Approved leaves do not constitute a break in service for retirement purposes or for the maintenance of tenure. Upon return to duty at the expiration of approved leave, sick leave accumulated at the commencement of leave shall be restored.

# ARTICLE XIII - SICK LEAVE BANK

A. *Establishment*

1. The Board shall establish a sick leave bank for all District teachers. Each teacher new to the District shall be assessed one day of non-refundable sick leave during the first payroll period of employment.

2. In the event that the bank balance falls below one hundred (100) days during the school year, each teacher shall be assessed an additional non-refundable day up to a maximum of two days per employee in any given school year.

B. *Use*

1. Sick leave days may be withdrawn from the bank only for the teacher's illness or injury.

2. A request to the Superintendent for withdrawal of sick leave days must be accompanied by a physician's written endorsement, or one by a village health aide, made after documented consultation with a physician.

3. The first twelve (12) consecutive days of illness or injury will not be covered by the bank. A person will not be able to withdraw days from the bank until his/her own sick leave is depleted.

4. A teacher may not draw more than twice the number of days of sick leave than the teacher has accumulated before his/her first contract day.

5. The District will make a report to the Association annually, including the number of sick leave bank days used for a specific period of time during the current year, the names of all employees they have been utilized by, and the bank balance.

# ARTICLE XIV - WORK DAY - WORK YEAR

A. *Work Day*

The standard teacher work day shall consist of seven and one-half (7-1/2) hours, except that the last work day of each week shall be seven (7) hours. The work day is exclusive of a duty free lunch period. This duty free lunch period will be at least thirty (30) consecutive minutes in length.

B. *Work Year*

1. The standard work year shall consist of one hundred ninety (190) work days, inclusive of paid school holidays.

   Teachers in their first year in the District shall have a standard work year of one hundred ninety-three (193) work days, inclusive of paid school holidays, with five (5) additional days used for in-service training. The five (5) additional days shall be paid at the teacher's per day rate calculated on a work year of one hundred ninety-three (193) work days. For the 2002-2003 school year, the five (5) additional days for teachers in their first year in the District shall be voluntary.

   Teachers in their second year in the District shall have a standard work year of one hundred ninety-three (193) work days, inclusive of paid school holidays.

2. The teacher's work year may be extended on an individual, voluntary basis provided the teacher is paid for the additional day(s) at his/her per day rate.

3. Site administrators shall discuss make-up days with teachers before make-up days are calendared.

C. *Preparation Time*

The Board agrees to provide each teacher with no less than fifty (50) minutes preparation time during the seven and one-half (7-1/2) hour work day. The Board further agrees that at least thirty (30) minutes of such time shall be uninterrupted by other assigned duties exclusive of faculty meetings.

D. *Acting Site Administrator*

Any teacher assigned by the Superintendent or his/her designee, as an acting site administrator shall be paid an additional Forty Dollars ($40.00) for each day.

# ARTICLE XV - SALARY

A. *Salary Schedule*

## 2002-2003 Salary Schedule

| Step | B | B + 18 | M or<br>B + 36 | M + 18 or<br>B + 54 | M M /M +36<br>or B + 72 |
|---|---|---|---|---|---|
| 0 | 38,225 | 39,976 | 41,724 | 43,471 | 45,222 |
| 1 | 39,976 | 41,724 | 43,471 | 45,222 | 46,970 |
| 2 | 41,724 | 43,471 | 45,222 | 46,970 | 48,719 |
| 3 | 43,471 | 45,222 | 46,970 | 48,719 | 50,468 |
| 4 | 45,222 | 46,970 | 48,719 | 50,468 | 52,217 |
| 5 | 46,970 | 48,719 | 50,468 | 52,217 | 53,965 |
| 6 | | 50,468 | 52,217 | 53,965 | 55,713 |
| 7 | | 52,217 | 53,965 | 55,713 | 57,462 |
| 8 | | 53,965 | 55,713 | 57,462 | 59,211 |
| 9 | | 55,713 | 57,462 | 59,211 | 60,960 |
| 10 | | | 59,211 | 60,960 | 62,708 |
| 11 | | | | 62,708 | 64,458 |
| 12 | | | | | 66,207 |
| 13 | | | | | 67,958 |

In 2002-2003, teachers on the B+0 column, step 5, who were at step 6 on the B+0 column in the 2001-2002 school year, shall receive in FY '03 a salary of $48,721.

In 2002-2003, teachers on the B+18 column, step 9, who were at step 10 on the B+18 column in the 2001-2002 school year, shall receive in FY '03 a salary of $57,464.

In 2002-2003, teachers on the M or B+36 column, step 10, who were at step 11 on the M or B+36 column in the 2001-2002 school year, shall receive in FY '03 a salary of $60,962.

In 2002-2003, teachers on the M+18 or B+54 column, step 11, who were at step 12 on the M+18 or B+54 column in the 2001-2002 school year, shall receive in FY '03 a salary of $64,459.

## 2003-2004 Salary Schedule

| Step | B | B + 18 | M or<br>B + 36 | M + 18 or<br>B + 54 | M M /M +36<br>or B + 72 |
|---|---|---|---|---|---|
| 0 | 39,276 | 41,075 | 42,871 | 44,666 | 46,466 |
| 1 | 41,075 | 42,871 | 44,666 | 46,466 | 48,262 |
| 2 | 42,871 | 44,666 | 46,466 | 48,262 | 50,059 |
| 3 | 44,666 | 46,466 | 48,262 | 50,059 | 51,856 |
| 4 | 46,466 | 48,262 | 50,059 | 51,856 | 53,653 |
| 5 | 48,262 | 50,059 | 51,856 | 53,653 | 55,449 |
| 6 |  | 51,856 | 53,653 | 55,449 | 57,245 |
| 7 |  | 53,653 | 55,449 | 57,245 | 59,042 |
| 8 |  | 55,449 | 57,245 | 59,042 | 60,839 |
| 9 |  | 57,245 | 59,042 | 60,839 | 62,636 |
| 10 |  |  | 60,839 | 62,636 | 64,432 |
| 11 |  |  |  | 64,432 | 66,231 |
| 12 |  |  |  |  | 68,028 |
| 13 |  |  |  |  | 69,827 |

## 2004-2005 Salary Schedule

| Step | B | B + 18 | M or<br>B + 36 | M + 18 or<br>B + 54 | M M /M +36<br>or B + 72 |
|---|---|---|---|---|---|
| 0 | 40,454 | 42,308 | 44,158 | 46,006 | 47,860 |
| 1 | 42,308 | 44,158 | 46,006 | 47,860 | 49,710 |
| 2 | 44,158 | 46,006 | 47,860 | 49,710 | 51,561 |
| 3 | 46,006 | 47,860 | 49,710 | 51,561 | 53,412 |
| 4 | 47,860 | 49,710 | 51,561 | 53,412 | 55,263 |
| 5 | 49,710 | 51,561 | 53,412 | 55,263 | 57,113 |
| 6 |  | 53,412 | 55,263 | 57,113 | 58,962 |
| 7 |  | 55,263 | 57,113 | 58,962 | 60,813 |
| 8 |  | 57,113 | 58,962 | 60,813 | 62,664 |
| 9 |  | 58,962 | 60,813 | 62,664 | 64,515 |
| 10 |  |  | 62,664 | 64,515 | 66,365 |
| 11 |  |  |  | 66,365 | 68,218 |
| 12 |  |  |  |  | 70,069 |
| 13 |  |  |  |  | 71,922 |

B.   **Column Placement**

    1.   Initial placement and subsequent horizontal movement shall be based on official transcripts and records submitted to the District by the teacher.



2. Reference to credit hours means semester hours or the equivalent earned subsequent to the date on which the relevant degree was conferred. Relevant degree means either a Bachelor's or Master's degree.

3. Credit hours beyond the relevant degree utilized for replacement purposes must have been earned as a requisite for an actively sought advanced degree or be in the teacher's major or minor field, special education, English as a second language, reading education (except student teaching), or in a field relevant to the teacher's present or previously assigned area, provided the course was taken concurrent with such previous assignment, (including Alaskan History, culture, Native Land Claims, Bilingual or Bicultural course), or with the written approval of the Superintendent. Credits must be earned from accredited institutions.

4. For initial placement or horizontal movement the following minimum mix of college level course must be met:

| Column | Minimum Required Credits for Placement on or Movement to a Column | | | |
|---|---|---|---|---|
| | All Levels | Junior/Senior OR Graduate | Graduate Level | Total |
| B+18 | 18 | 0 | 0 | 18 |
| B+36 | 18 | 9 | 9 | 36 |
| M+18 | 0 | 6 | 12 | 18 |
| B+54 | 18 | 18 | 18 | 54 |
| M+36/MM | 6 | 9 | 21 | 36 |
| B+72 | 21 | 24 | 27 | 72 |

5. Credit hours of teachers employed during the 1984-85 school year which have been counted for salary placement or horizontal movement prior to the ratification of this Agreement shall continue to be counted. Credit hours earned during the 1984-85 school year by teachers on an educational leave of absence or sabbatical will be counted for horizontal movement upon their return. Future horizontal movement, however, will be based on the aforementioned teachers filling the requirements of this section.

6. A Doctorate degree conferred, or the completion of all requirements for conferring a Doctorate degree except completion of the/a dissertation, shall be the equivalent of a Master's plus thirty-six (36).

### C. *Step Placement*

1. A teacher shall be placed on the step of the salary schedule based on the sum of creditable years of teaching experience in Alaska in a public school, BIA school, or non-public school approved for the year(s) in question by the Department of Education and a maximum of six (6) years of creditable teacher experience outside of the State of Alaska providing that during such service the person held a teaching position requiring a teaching certificate as a condition of employment and further that the school(s) in question were either public schools in the United States or overseas dependent schools. For physical therapists, speech pathologists, school psychologists, and other Type C positions as determined by the Superintendent, professional experience providing relevant services to school age children shall be considered "teaching experience" for purposes of step placement.

D.  **Documentation and Adjustment of Errors**

   1. Documentation

      It is the responsibility of each teacher to provide the District with credentials, official transcripts, degrees and experience. Such proof must be in the hands of the District no later than October 25, or the District will continue to place the teacher on the appropriate column and step based on records already on file with the District. The October 25 deadline will be expanded, however, if the teacher can show that he/she has made a timely and reasonable effort to secure the necessary documents and the delay is beyond his/her control. A teacher shall inform the District in writing of the documents which that teacher has requested pursuant to this paragraph. In addition, at the written request of the teacher, the District shall acknowledge receipt of such documents to the teacher. A written decision by the District relating to placement of the teacher on the appropriate column and step based upon records received by the District shall constitute such an acknowledgment.

   2. Adjustment of Errors

      In the event that either the District or a teacher finds that the teacher has been placed on a column or step other than the column or step justified by the documents on file with the District a salary adjustment shall be made as follows:

      a. If the error is found by November 30, or within sixty (60) days of the placement on the column or step which requires adjustment, whichever is later, the teacher's salary payment shall be adjusted so that his/her correct annual salary will have been paid with the receipt of his/her final paycheck.

      b. If the error is found after November 30, or after sixty (60) days from the placement on the column or step which requires adjustment, whichever is

later, the teacher's salary payments shall be adjusted commencing with the next pay period to reflect the pay period amount the teacher would have been entitled to had he/she been properly placed on the salary schedule.

**E.    Salary Payments**

1. A teacher may elect to have his/her salary paid in either nine (9) or in twelve (12) equal payments beginning on September 15th. All subsequent payments will be made on the 15th of the month. When the payment date falls on a holiday or weekend, payment will be made on the last working day prior to that date. Except that a teacher electing nine (9) payments will not receive his/her May payment until the last working day of the school year. A teacher electing twelve (12) payments may elect to receive the June, July, and August payments on the 15th of each respective month or may elect to receive all three checks, dated for the 15th of each month on his/her last day of work.

2. A teacher may elect to have his/her paycheck delivered directly to a bank designated by the teacher.

3. All teachers newly hired by the District will receive a $700 pay advance by their third (3rd) working day. This amount will be deducted from the teacher's May or final paycheck, whichever occurs earlier.

## ARTICLE XVI - EXTRA DUTY PAY

The Board and the Association recognize that, as professionals, teachers are expected to carry out duties which go beyond instruction and classroom preparation and beyond the instructional day. Certain of those duties to which teachers are not entitled to additional compensation are professional responsibility which include reasonable assignment to such activities as staff meetings, parent meetings, committee meetings, and preparation of routine reports.

A. By the end of September, when possible, but no later than October 15th or before the activity begins, the principal or principal/teacher shall designate with the concurrence of the Advisory School Board, those teachers to be offered extra student activity assignments for the school year. However, for the purpose of this Article, tutoring shall not be considered an extra student activity or extra duty if the primary purpose of the tutoring is direct instruction to students. However, additional assignments may be made later in the school year with the concurrence of the Advisory School Board and the Principal. The District reserves the option to not re-employ a teacher as a coach or sponsor for the subsequent school year.

B. Extra duty assignments shall be voluntarily assumed by teachers, within fifteen (15) days of accepting an assignment of an extra duty, the teacher shall be given a contract addendum specifying the activity, the number of points, and the maximum compensation. By mutual agreement the addendum may be adjusted at the request of the supervisor or the teacher.

C. At the conclusion of the activity the teacher shall submit a request for payment. Upon approval of the Principal, the District will, within thirty (30) days, provide payment in full for the activity.

D. Each extra duty activity shall earn points as follows:

| Points | | Activity |
|---|---|---|
| a. | 1 | Each outside-of-working-hours practice, work, or meeting session if not less than one (1) hour duration with a student activity group. |
| b. | 3 | Each scheduled public performance or event of a student activity group approved by the principal under the direction of the teacher at the teacher's duty station. |
| c. | 7 | For each overnight with a student activity group in travel status. |
| d. | 5 | Head coach or lead sponsor. |
| e. | 1 | For each ten (10) students or major fraction in the activity. |
| f. | | Activity Director: Bethel High School will be compensated $1,500.00. * |

The sum total of points accumulated for each activity shall be multiplied by twelve dollars ($12.00) for 2002-2003, 2003-2004, and 2004-2005 school years, to determine the amount of extra duty pay to which the teacher is entitled, but not to exceed the maximum

as provided in the contract addendum unless there is prior approval of the principal. Assistant coaches will receive an amount as provided in the above system exclusive of 'd'. When co-sponsors share responsibility for an activity, the total amount as provided by the point system for the activity will be prorated on a time performance basis.

E.  Each year of experience in the District as a sponsor of the same type of student activity shall increase the total arrived at in 'd' above at the rate of five percent (5%) per year of experience to a maximum of five (5) years or twenty-five percent (25%).

F.  A sponsor on travel status shall be reimbursed by the District for actual expenses as per expense receipts submitted by the teacher.

G.  Nothing in this section prohibits a teacher from volunteering his/her service without compensation for sponsoring the activity.

H.  This provision is intended to neither cause the District to provide additional compensation for activities previously performed and not compensated (like field trips, etc.) nor to prevent or stop compensation for activities previously performed and compensated (like study hall, future problem solving, VICA, etc.). New activities may be added and may be compensated in accordance with the provisions and intent of this Article.

I.  Upon Advisory School Board approval, teachers chaperoning students on overnight activities who are not earning points pursuant to paragraph D.c. above, may be compensated at the rate of $85.00 per night.