# ARTICLE XVII - BENEFITS

A. *Insurance*

1. Health: The District shall continue to provide, at no cost to the teacher(s) and dependent(s), health, dental, audio, and eye-care insurance at least the same levels as provided during the 1995-96 school year, with the following exceptions which shall be effective January 1, 2000:

    a. The deductible for employee/family shall be $150/$300
    b. The Maximum Lifetime Benefit (all covered expenses) shall be $1 million.
    c. The Annual Maximum Dental Care Benefit (for Preventative, Basic and Major Treatment) shall be $1,000.
    d. An annual pap smear shall be included as an "Other Covered Expense."
    e. The District is authorized to negotiate a PPO plan which will maximize plan savings through steering, including either Providence or Alaska Regional for hospitalization in Anchorage. The District is also authorized to negotiate PPO rates with YKDRH in Bethel. The steerage percentage payable by the plan shall be 60% of the PPO preferred rate in Alaska. If a PPO rate satisfactory to the plan cannot be negotiated with YKDRH, the steerage percentage set forth above shall apply to YKDRH. The PPO steerage percentage outside Alaska shall remain at 70%.
    f. Married couples who are both employed by the District shall each be provided with dependant coverage for spouse and children. The "double coverage" is limited to co-payments and not deductibles.
    g. For hospitalization, if the provider is non-PPO the dual coverage on the co-pay will be the difference between the amount provided by the plan and the PPO negotiated rate.
    h. Co-payments are based on the same rates as the NEA-Alaska Health Trust for "usual and customary charges."

2. Long Term Disability: The District shall continue to provide, at no cost to the teacher, Long Term Disability Insurance at the same level as provided during the 1995-96 school year.

3. Life: The District shall provide each teacher with fifty (50) thousand dollars of life insurance. The coverage will include an accidental death and dismemberment provision that provides double indemnity in the event of accidental death.

LKEA/LKSD 7/1/02-6/30/05                     38

EXHIBIT 1
Page 43 of 56

4. Travel: The District shall provide each teacher with $100,000 travel insurance that covers the teacher while traveling on authorized District business.

5. All coverages shall commence on the first paid contract day on which the teacher has physically reported to work and continue until the last day of the last month of employment.

### B. Travel

The Board agrees to reimburse each teacher for one round-trip air fare per work year, scheduled air carrier tourist rate, between duty station and Anchorage. Request for reimbursement must be accompanied by receipt of payment to air carrier.

### C. Shower and Laundry Facilities

During the school year, the Board agrees to provide shower and laundry facilities to all teachers and their immediate families where currently available in the village community.

### D. Relocation Expenses

Teachers hired for their first year in the District shall be reimbursed receipted moving expenses up to one thousand dollars ($1,000.00).

# ARTICLE XVIII - HOUSING

A.  **Intent**

   1. It is the intent of the District to insure, to the extent practicable, that adequate housing be available to all teachers in communities where adequate housing is not otherwise available.

   2. It is recognized by the parties that, at this time, there is adequate housing available to teachers assigned to Bethel.

B.  **Standards**

   As a minimum standard, each house shall include the following: heating capability of maintaining a temperature of 68 degrees year round, sink with drain, refrigerator with freezer compartment, adequate storage area, running hot and cold water or water storage capabilities, water distiller countertop model, furnishing, electricity, fuel storage capability, and flush, humis, honey bucket or chemical toilet.

C.  **Procedure for Assessing Needs**

   1. On or before November 30, of each school year covered by this Agreement, each site administrator shall meet with his/her teaching staff to review the housing needs at that site. Such review shall include, but not necessarily be limited to, consideration of additional housing needed, the refurbishing of existing units and the maintenance requirements of existing units. The site administrator shall prepare, within ten (10) working days of that meeting, a written report based upon the information provided at that meeting. A copy of that report shall be promptly provided to the Association's site representative for Association review. In the event the Association does not agree with the report, the Association shall prepare its own report, or set forth proposed modifications to the site administrator's report within ten (10) working days of receiving the site administrator's report.

   2. The site administrator's report and the Association's report, if any, shall then be presented to the site's Advisory School Board for review and consideration. The Advisory School Board shall then prepare and adopt a site housing report.

   3. The Advisory School Board's site housing report shall include the following:

       a. A description of the sufficiency and/or adequacy of teacher housing units in the community in relation to the standards set forth in paragraph B above.

  b. The number of additional units of teacher housing needed in the community.

  c. Whether it is the desire of the community to have the District construct such additionally needed housing units or to have the private sector of the community construct such houses with the District then leasing such houses from the owners.

  d. The location of any such additionally needed houses and the steps the Advisory School Board intends to take to insure that land is available to the District in the event the District is to construct those houses.

4. The site administrator shall promptly forward a copy of the Advisory School Board's report, along with the site administrator's report and the Association's report if any, to the LKSD Board and the LKEA President.

5. The Director of Maintenance will review all requests for Summer the refurbishing/maintenance of existing units. The review shall include a determination of the scope of work, and labor and material requirements. The Director of Maintenance will recommend appropriate Summer refurbishing and/or maintenance to the Housing Review Board.

6. The Capital Projects Division will evaluate all requests for new construction, estimating the cost per site and providing that information in detail to the Housing Review Board.

7. The Business Manager shall advise the Housing Review Board of all available funding sources for such refurbishing, maintenance, or construction requests.

8. The Housing Review Board, after analyzing all of the reports and data presented to it, shall then prioritize construction, summer refurbishing - maintenance, or leasing of teacher housing units by site in accordance with available funding, and present its recommendations to the Superintendent. The Superintendent shall review those recommendations and present his/her recommendations to the Board, where appropriate. If the Housing Review Board has substantial disagreement with the Superintendent's recommendations to the Board it may present to the Board all or some of the recommendations it previously submitted to the Superintendent.

**D.** ***Assignment of Units***

1. The Unit Administrator in consultation with the LKEA Site Representative will assign housing as follows:

    a. Professional staff members returning to the site, including BIA teachers, shall receive the same unit that they occupied the previous year unless they request a different unit.

    b. All other professional staff members shall be assigned to units first on the basis of continuous site seniority and second on the basis of continuous District seniority. New hires shall be assigned units on a need and availability basis.

    c. Notwithstanding subparagraphs a and b above, a housing unit may be assigned to a professional staff member if that professional staff member demonstrates an overriding need for that unit.

2. Housing Assignments

    a. Assignment

    Prior to the close of the school year, the unit administrator shall make tentative housing assignments for the following school year.

    b. Limitation

    No more than one family unit, or two teachers may be assigned to a unit without the written consent of all parties.

    c. Disputes
    Any dispute concerning housing assignments may be appealed to the Housing Review board whose decision will be final.

## E. Housing Review Board

1. Establishment

A Housing Review Board consisting of two members appointed by LKEA and who reside in District housing, and one member appointed by the School Board shall be established.
The Superintendent or his/her designee will serve as a non-voting, ex-officio member.

2. Scope of Responsibility

    a. Adjudicate certain appraisal and assignment disputes not resolved at the local level.

    b.    Submit to the Superintendent for his/her review and approval, rules and regulations governing the Housing Review Board's adjudication procedures.

    c.    Carry out responsibilities as set forth in this Article.

3.    Meetings

The Board shall meet four times annually, once in September of each year, and at such other time or times as deemed necessary. Requests for leave by Board members must be approved by the Superintendent in advance. Such requests shall not be unreasonably denied.

**F.    Rents**

1.    Monthly rents shall be the total of the value of the unit's component parts set forth below:

    a.    <u>Water</u>:

| | |
|---|---|
| If Piped and Running | $265 |
| 250 gallons or more storage and running | $240 |
| 250 gallons or more storage not running | $165 |
| Less than 250 gallons storage | $115 |
| If hot running water is provided, add | $25 |

    b.    <u>Square Footage</u>
Square footage rounded to nearest 25 square feet, times $0.32 (thirty-two cents)

    c.    <u>Sewer</u>: If,

| | |
|---|---|
| Flush | $65 |

    d.    <u>Heat Source</u>: If,

| | |
|---|---|
| Furnace | $80 |
| Free-Standing (modern) | $70 |
| Oil stove | $60 |

    e.    <u>Quality</u>: If,

| | |
|---|---|
| Fine | $80 |
| Adequate | $70 |
| Poor | $60 |

2. Rents may be changed for individual units if the condition of the unit changes. New units or changes in rent will be determined by applying the criteria in F.1. above.

3. Rents will be paid for ten months. No sub-leasing of a unit will be allowed. A teacher wishing to retain a unit, to store his/her personal belongings for the summer, may elect to do so by paying the District $300.00 by payroll deduction from their last paycheck.

4. A teacher who elects to occupy a unit during the two summer months may do so by paying, in advance, the monthly unit rent. However, a teacher who has elected the option of twelve (12) monthly paychecks and who notifies the payroll office in writing by April 30 that he/she elects to occupy a unit during the two summer months, shall have rent deducted from the July paycheck for occupancy in June and from the August paycheck for occupancy in July. The monthly rent will be reduced for the summer by twenty-five percent (25%) if electricity is not provided by the District (where applicable), and by twenty-five percent (25%) if water or sewer is not provided by the District (where applicable), to a maximum monthly reduction of 50%.

5. Rents for single teachers with no dependents will be reduced by 10%.

### G.    Conditions of Employment

As a condition of employment, Lessee shall be required to live in District-leased or owned housing units when assigned, except that professional employees employed prior to July 1, 1982, shall have the option of non-participation for as long as they remain in the same community. Said option is waived by the teacher's participation in the District's housing program.

If a Lessee desires to terminate participation in the program, he/she may request such a withdrawal from the Housing Review Board which shall consider the request on its merits. The grant of a request to terminate shall be valid only for one school year. A new request must be submitted if the Lessee desires to continue his or her non-participation in the program.

1. Application

   All persons (including persons assigned District housing) wishing to be considered for assignment to District housing for the following year must make application by April 30 to the Unit Administrator. A single form, "Staff Housing (and Late Opening Waiting List) Application Form", is to be used to make application as well as to request placement on the Late Opening Waiting List.

        Persons desiring only to be placed on the Late Opening Waiting List should make application on the same form and return it prior to May 20.

2. General Regulations

   a. Each unit, its furnishings and related space shall be given reasonable care by the occupant. Any damages attributable to occupant negligence or abuse shall be charged to the occupant. No alterations to buildings, furnishings, or grounds may be made by the occupant(s) without the prior approval of the District.

   b. All vehicles shall be parked in designated areas.

   c. Garbage

       All garbage shall be placed inside containers in designated areas. Burning (if allowed in the community) shall be done only in the manner and in the area prescribed for such. Grounds shall be kept clear of debris.

   d. Each lessee must sign a lease (Appendix A) as provided by the District no later than two weeks following occupancy of the unit. As an attachment to the lease the Lessee shall sign an inventory of all District-owned furnishings and their condition upon taking occupancy of the unit. The lease to be used by the District is attached hereto.

   e. Prior to an absence of seven (7) or more consecutive days, the occupant must notify the Site Administrator.

3. District Occupancy Responsibilities

   The District will be responsible for the repair and upkeep of the housing units, including plumbing, electrical, and the following appliances, where applicable: refrigerator, gas/electric range, furnace, hot water heater, water distiller countertop model, and washer and dryer.

   Other items owned by the District will be repaired or replaced at no cost to the occupant provided abuse by the Lessee has not necessitated the need for repairs or replacement. If the item was not furnished by the District, then replacement (if the occupant so desires) will be at the occupant's expense.

**H.** *Rents/Payment*

1. Rents shall be withheld from the professional staff member's monthly paycheck. Appropriate provisions for security for damages to the premises will be required.

2. Occupants must furnish the Unit Administrator written notification, with a copy to the payroll office, not less than thirty (30) days prior to moving out of a unit. Failure to do so shall result in a charge of thirty (30) days rent from the time of written notice received.

3. Summer rents must be paid in advance or by authorized payroll deduction if current occupant desires to stay in the same or another housing unit within the same community.

# ARTICLE XIX - GRIEVANCE PROCEDURE

### A. Definitions

1. A "grievance" is an allegation that this Agreement, or an individual teacher's contract has been misinterpreted, inequitably applied, or violated.

2. A "grievant" is the teacher, teachers, or Association making the allegation.

3. A "respondent" is the person(s) not covered by this Agreement required to hear and respond to a grievance.

4. A "hearing" is a meeting, beyond Level I, of the grievant, respondent and an Association representative held to identify the facts in the matter and attempt resolution. Each party shall have the right at such hearing to present witnesses, documents and other evidence, and arguments it deems necessary to develop facts pertinent to the grievance.

### B. Purpose

The purpose of the grievance procedure is to resolve a grievance equitably at the lowest possible administrative level.

### C. General Conditions

1. Every effort will be made to settle grievances at the lowest possible level of the grievance procedure in the quickest manner possible. Time limits shall be considered a maximum unless otherwise extended by mutual consent. A mutual extension shall be automatically agreed to in the case of weather or travel related delays beyond the control of the party/parties.

2. If a time deadline set forth in the grievance procedure is exceeded by the grievant, the right to grieve shall have been waived. If a time deadline is exceeded by the respondent, the grievance shall be immediately appealable to the next level.

3. The time limits for any grievance form, appeal, response, document, or other relevant matter shall be determined by either the postmarked mailing date of certified mail or the dating signature of the receiving party if hand delivered.

4. A grievance shall be filed at the lowest possible level where resolution of the grievance might occur.

5. Grievance forms shall be provided by the Board and made available at each school by the area principal.

6. Documents or pertinent information related to a grievance being processed shall be equally available to the grievant, respondent, and the Association.

7. No document pertaining to a grievance shall be placed in a person's personnel file. However, if a document already in a personnel file later becomes part of a grievance, removal of that document from the file shall not be required unless such removal is directed in the grievance decision.

8. Beyond level one, an official written or tape recorded record of each hearing shall be kept. Such record shall be approved in writing by both the grievant and respondent. It shall be the responsibility of the respondent to prepare the record for approval.

9. Any individual employee or group of employees shall have the right at any time to present grievances to their employer and to have such grievances adjusted, without the intervention of the Association, as long as the resolution sought is not inconsistent with the terms of this Agreement. No other employee organization shall have the right to represent teachers in any grievance proceeding.

    A grievant, upon request, is entitled to Association representation at all levels of the grievance procedure. No teacher will be required against their will to discuss his/her grievance or participate in a hearing without the presence of an Association representative. No grievance may be submitted to arbitration at level three without representation by and approval of the Association.

10. Should the "hearing" of a grievance require that a grievant and/or an Association representative be released from his/her regular assignment, he/she shall be released without loss of pay or benefits.

11. No reprisals shall be taken against any person for participating in the grievance process.

12. Grievance hearings which require the testimony of other teachers and/or community members from the site of the grievant shall be conducted at that site unless otherwise agreed to by the parties.

**D.    Procedure**

### Level I

1. A grievant shall upon becoming aware of an act of a misinterpretation, inequitable application, or violation attempt to resolve the differences informally within ten (10) days with the appropriate respondent.

2. If the differences are not resolved informally, the grievant shall prepare a written grievance statement and shall submit it to the appropriate respondent. The Superintendent will provide the Association with a coy of the grievance. If a grievant does not submit his/her grievance within twenty (20) days of the unsuccessful attempt for informal resolution he/she shall have waived his/her right to this procedure.

3. Within ten (10) days of receipt of the grievance, the respondent shall conduct a meeting between himself/herself and the grievant. An Association representative, if requested by the grievant, shall be present.

4. Within ten (10) days of the above mentioned meeting, the respondent shall reply in writing to the grievant and the Association.

5. If the grievance is no resolved at this level or a written decision is not received within ten (10) days of the meeting, the grievant may process the grievance to Level II.

### Level II

1. The grievant may appeal to the Superintendent within fifteen (15) days of the receipt of the Level I decision or the date on which the decision was due. Upon receipt of the appeal, the Superintendent will provide the Association with a copy if the Association was not present at the Level I hearing.

2. Within ten (10) days of receipt of the grievance appeal the Superintendent shall schedule and conduct a hearing.

3. The Superintendent shall send a written answer to the grievant and the Association no later than ten (10) days after the hearing.

4. A grievance which is based on action taken or not taken by the Board, Superintendent, or other Central Office Administrative staff may be filed initially at Level II.

5. If the grievance is not resolved at this level or if a written decision is not received within ten (10) days of the meeting, the Association may process the grievance to Level III.

Level III

1. The Association may appeal the Level II decision to arbitration within twenty (20) days of either the receipt of the Level II decision or the date on which the decision was due.

2. The Association shall notify (in writing) the Superintendent of its intent to proceed to arbitration. The Association and the Superintendent shall confer within five (5) days of such notice to attempt to select an impartial arbitrator. If the parties fail to mutually agree to an arbitrator the Association shall request a list of at least seven (7) names from the American Arbitration Association.

3. As soon as the list is received, the parties or their designated representative shall determine by lot the order of elimination and thereafter shall, in that order, alternately strike a name from the list and the seventh and remaining name shall act as the arbitrator.

4. The arbitrator shall schedule a hearing on the grievance and after hearing such evidence as the parties desire to present, shall render a written decision. A decision of the arbitrator shall be binding upon the parties.

5. The fee and expenses of the arbitrator shall be borne equally by the Association and the Board.

# ARTICLE XX - DISCRETIONARY INSTRUCTIONAL FUND

Each teacher may be reimbursed up to One Hundred Fifty Dollars ($150) for the purchase of instructional supplies and materials to use in his/her classroom. Such purchases do not supersede the normal process established by the District for ordering of such supplies and materials, but may be utilized only when the teacher is traveling or is otherwise unable to use the normal procedures for such purchases. Teachers must furnish a receipt(s). Teachers shall follow reasonable procedures to be developed to assure accurate bookkeeping and compliance with District policies.

57200