IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 3:06-CV-109 TMB |
| LOWER KUSKOKWIM SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **STIPULATION OF COUNSEL REGARDING MEDIATION**

COME NOW the parties, by and through their respective counsel, to notify the Court of their intent to submit the claim of Ms. Lopez to private mediation. Mediation is currently scheduled for October 10, 2007 in Seattle.

In light of the mediation and the hope that settlement will come out of such proceeding, the parties are requesting that the Court allow them a further extension of time with regard to discovery. At the current time discovery is due to close as of November 30, 2007. The parties request that the Court extend that for 45 days, through January 18, 2008.

This request is not being interposed for the purpose of delay, but rather is reasonable as it allows the parties to suspend incurring additional expenses while preparing for mediation. It further allows the parties sufficient time to

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
____
(907) 279-9574

reach an agreement as to settlement without compromising the parties' opportunities to participate in the process of completing discovery.

Following the mediation, the parties will file a joint status report with the Court, notifying the Court of the results of the mediation process.

The parties also agree and stipulate that the Plaintiff's opposition to the motion for summary judgment, filed by the Defendant, will be due October 17, 2007.

                DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                Attorneys for Defendant, Lower Kuskokwim School District

                /s/ Patricia L. Zobel
Date: September 17, 2007 By:_____
                Patricia L. Zobel
                Bar No.: 7906067
                E-mail: pzobel@dmgz.com
                943 W. Sixth Avenue
                Anchorage, AK 99501
                Telephone: (907) 279-9574
                Facsimile: (907) 276-4231

                GRAHAM LAW OFFICE
                Attorneys for Plaintiff, Genevieve D. Lopez

                /s/ David A. Graham
Date: September 17, 2007 By:_____
                David A. Graham
                Bar No.: 9702006
                E-mail: david@grahamlawfirm.com
                408 Lake Street
                Sitka, AK 99834
                Telephone: (907) 747-7140
                Facsimile: (907) 747-7141

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
———
(907) 279-9574

Stipulation of Counsel Regarding Mediation
*Lopez v. LKSD*
Case No. Case No. 3:06-CV-109 TMB
7152.008 119501
Page 2 of 3

This is to certify that a true
copy of the foregoing was served
via electronic service this 17th
day of September, 2007 upon the
following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

By: /s/ Cory L. Hitchcock
      Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Stipulation of Counsel Regarding Mediation
*Lopez v. LKSD*
Case No. Case No. 3:06-CV-109 TMB
7152.008 119501
Page 3 of 3