IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez,<br><br>    Plaintiff,<br>v.<br><br>LOWER KUSKOKWIM SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 3:06-CV-109 TMB |

## STATUS REPORT OF THE PARTIES

COME NOW the parties and report to the Court that they have reached an amicable resolution of this matter. At this point in time the parties are preparing the applicable paperwork for release of claims and, ultimately, a stipulation of dismissal with prejudice before this Court.

It has been decided between the parties that the case will be paid under the Alaska Workers' Compensation Act, which requires that the Workers' Compensation Board approve the settlement and stipulation of fees. Again, this paperwork is being prepared and, once filed with the Board and approval is gained, notice will be given to this Court of that approval and stipulation of dismissal of this suit will be requested.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Status Report of the Parties
*Lopez v. LKSD*
Case No. Case No. 3:06-CV-109 TMB
7152.008 123203

DATED this 31st day of October, 2007 at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant, Lower Kuskokwim School District

By: /s/ Patricia L. Zobel
Patricia L. Zobel
Bar No.: 7906067
E-mail: pzobel@dmgz.com
943 W. Sixth Avenue
Anchorage, AK 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

GRAHAM LAW OFFICE
Attorneys for Plaintiff, Genevieve D. Lopez

By: /s/ David A. Graham
David A. Graham
Bar No.: 9702006
E-mail: david@grahamlawfirm.com
408 Lake Street
Sitka, AK 99834
Telephone: (907) 747-7140
Facsimile: (907) 747-7141

This is to certify that a true copy of the foregoing document was served via electronic service this 31st day of October, 2007 upon the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK 99835

By: /s/ Cory L. Hitchcock
Cory L. Hitchcock

DeLisio Moran
Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, Alaska
99501-2033
(907) 279-9574

Status Report of the Parties
*Lopez v. LKSD*
Case No. Case No. 3:06-CV-109 TMB
7152.008 123203
Page 2 of 2