IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LOWER KUSKOKWIM SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:06-CV-109 TMB |

**STATUS REPORT OF THE PARTIES**

COME NOW the parties and report to the Court that they submitted signed settlement documents to the Alaska Workers' Compensation Board for approval on November 27, 2007. Upon approval of these documents by the Board, a stipulation for dismissal with prejudice will be filed with this Court. The parties anticipate approval prior to December 31, 2007.

*GRAHAM LAW FIRM*
*408 Lake Street*
*Sitka, AK 99835*
*907-747-7140 / 907-747-7141 facsimile*

STATUS REPORT OF THE PARTIES
*Lopez v. Lower Kuskokwim School District*
USDC Case No. 3:06-CV-109 TMB
Page 1 of 3

DATED this 3rd day of December, 2007.

GRAHAM LAW FIRM

/s/ David A. Graham
_____
David A. Graham
Attorney for Plaintiff, Genevieve Lopez
Alaska Bar No.: 9702006
E-mail: david@grahamlawfirm.com
408 Lake Street
Sitka, AK 99835
Telephone: (907) 747-7140
Facsimile: (907) 747-7141


DELISIO MORAN GERAGHTY & ZOBEL, P.C.

/s/ Patricia L. Zobel
_____
Patricia L. Zobel
Attorney for Defendant, Lower Kuskokwim School District
Bar No. 7906067
E-mail: pzobel@dmgz.com
943 W. Sixth Avenue
Anchorage, AK 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

*GRAHAM LAW FIRM*
*408 Lake Street*
*Sitka, AK 99835*
*907-747-7140 / 907-747-7141 facsimile*

STATUS REPORT OF THE PARTIES
*Lopez v. Lower Kuskokwim School District*
USDC Case No. 3:06-CV-109 TMB
Page 2 of 3

CERTIFICATE OF SERVICE

This will certify that on the 3rd day of December, 2007 a true and correct copy of the foregoing was served via electronic service upon the following:

Patricia L. Zobel
DeLisio Moran Geraghty & Zobel, P.C.
943 West 6th Avenue
Anchorage, AK 99501-2033


By: /s/ Amy Kipp-Phillips
    GRAHAM LAW FIRM

*GRAHAM LAW FIRM*
*408 Lake Street*
*Sitka, AK 99835*
*907-747-7140 / 907-747-7141 facsimile*

STATUS REPORT OF THE PARTIES
*Lopez v. Lower Kuskokwim School District*
USDC Case No. 3:06-CV-109 TMB
Page 3 of 3