IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Genevieve D. Lopez,    )
                   )
       Plaintiff,   )
                   )
v.                 )
                   )
LOWER KUSKOKWIM SCHOOL  )
DISTRICT,          )
                   )
       Defendant.  )
_____)    Case No. 3:06-CV-109 TMB

**STIPULATION FOR DISMISSAL**

COME NOW the parties, through their counsel of record, and hereby stipulate and agree that all claims herein by and between Plaintiff Genevieve Lopez and Defendant Lower Kuskokwim School District have been resolved and this civil action shall be dismissed with prejudice. Each party is to bear its own costs.

RESPECTFULLY SUBMITTED this 2nd day of January, 2008.

GRAHAM LAW FIRM

/s/ David A. Graham
David A. Graham, Esq.
Attorney for Defendant
David A. Graham, Esq.
Attorney for Plaintiff, Genevieve Lopez
Alaska Bar No.: 9702006
E-mail: david@grahamlawfirm.com
408 Lake Street
Sitka, AK 99835
Telephone: (907) 747-7140
Facsimile: (907) 747-7141

*GRAHAM LAW FIRM*
*408 Lake Street*
*Sitka, AK 99835*
*907-747-7140 / 907-747-7141 facsimile*

DELISIO MORAN GERAGHTY & ZOBEL, P.C.


   /s/ Patricia L. Zobel
Patricia L. Zobel
Attorney for Defendant, Lower Kuskokwim
School District
Bar No. 7906067
E-mail: pzobel@dmgz.com
943 West Sixth Avenue
Anchorage, AK 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231


**<u>ORDER</u>**

Based upon the foregoing Stipulation of the parties, the claims of Plaintiff Genevieve Lopez and the above-captioned action are dismissed with prejudice, with each party to bear its own costs.


Dated: _____        _____
                                   Timothy M. Burgess
                                   District Court Judge


This is to certify that on
January 2, 2008 a true copy
of the foregoing was served
via electronic service on
the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835
david@grahamlawfirm.com

By:   /s/ Cory L. Hitchcock
        Cory L. Hitchcock


127658 - STIPULATION AND ORDER OF DISMISSAL
*Lopez v. Lower Kuskokwim School District;* USDC Case No. 3:06-CV-109 TMB

*GRAHAM LAW FIRM*
*408 Lake Street*
*Sitka, AK 99835*
*907-747-7140 / 907-747-7141 facsimile*