IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LOWER KUSKOKWIM SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-CV-109 TMB |
| ) | |

**NOTICE OF ATTACHMENT**

COMES NOW Defendant, Lower Kuskokwim School District, and hereby provides the Court the parties' Proposed Order of Dismissal, attached hereto, which was filed incorrectly with the parties' Stipulation for Dismissal at Docket 37 on January 2, 2008.

DATED this 4th day of January, 2008 at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for Defendant, Lower Kuskokwim School District

            /s/ Patricia L. Zobel
By:_____
        Patricia L. Zobel
        Bar No.: 7906067
        E-mail: pzobel@dmgz.com
        943 W. Sixth Avenue
        Anchorage, AK 99501
        Telephone: (907) 279-9574
        Facsimile: (907) 276-4231

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Notice of Attachment
*Lopez v. LKSD*
Case No. 3:06-CV-109 TMB
7152.008 127863

This is to certify that a true copy
of the foregoing document, with
attachment, was served via electronic
service this 4th day of January, 2008
upon the following:

David A. Graham, Esq.
Graham Law Firm
408 Lake Street
Sitka, AK  99835

By:    /s/ Cory L. Hitchcock
        Cory L. Hitchcock

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Notice of Attachment
*Lopez v. LKSD*
Case No. 3:06-CV-109 TMB
7152.008 127863