IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Genevieve D. Lopez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LOWER KUSKOKWIM SCHOOL | ) | |
| DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | Case No. 3:06-CV-109 TMB |
| | ) | |

## PROPOSED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the claims of Plaintiff Genevieve Lopez and the above-captioned action are dismissed with prejudice, with each party to bear its own costs.

DATED: _____

_____
THE HONORABLE TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

____

(907) 279-9574