IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Genevieve D. Lopez,<br><br>    Plaintiff,<br>v.<br><br>LOWER KUSKOKWIM SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 3:06-CV-109 TMB |

### ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal and the Court having considered the Stipulation,

IT IS HEREBY ORDERED that the claims of Plaintiff Genevieve Lopez and the above-captioned action are dismissed with prejudice, with each party to bear its own costs.


DATED: January 7th, 2008       /s/ Timothy M. Burgess
                               TIMOTHY M. BURGESS
                               U.S. DISTRICT COURT JUDGE